IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
|  | : | NO. 02-2746 |
| v. | : |  |
|  | : |  |
| INDEPENDENCE BLUE CROSS, | : |  |
| QCC INSURANCE COMPANY, | : |  |
| KEYSTONE HEALTH PLAN EAST, and | : |  |
| KEYSTONE MERCY HEALTH PLAN | : |  |

**ORDER**

The Motion of Plaintiff The Chester County Hospital for the *pro hac vice* admission of Arthur N. Lerner and Barbara H. Ryland having come before the Court, and the Court having determined that the application satisfies the requirements of all applicable rules, it is therefore:

ORDERED that Arthur N. Lerner and Barbara H. Ryland are authorized to appear as counsel for the Plaintiff before the United States District Court for the Eastern District of Pennsylvania in any and all matters that relate to the present action.

SO ENTERED this            day of                       , 2002.

BY THE COURT:

_____
Padova, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ARTHUR N. LERNER AND BARBARA H. RYLAND

Plaintiff, The Chester County Hospital (the "Hospital"), by its attorneys, Duane Morris LLP, respectfully moves this Court to allow Arthur N. Lerner, Esquire and Barbara H. Ryland, Esquire, of Crowell & Moring LLP, to appear in this Court for purposes of the above-captioned action.

As set forth in the attached declarations, Mr. Lerner is a member in good standing of the Bar of the State of Massachusetts and of the District of Columbia and Ms. Ryland is a member in good standing of the Bar of the State of Maryland and of the District of Columbia. It is the desire of the Hospital that Mr. Lerner and Ms. Ryland serve as counsel in the present action. Should the Court grant this Motion, the undersigned, a member in good standing of the Bar of the Commonwealth of Pennsylvania admitted to practice before the United States District Court for the Eastern District of Pennsylvania, shall remain associated with Mr. Lerner and Ms. Ryland during the pendency of this matter.

      WHEREFORE, plaintiff respectfully requests that the Court grant the Motion and allow the appearance of Mr. Lerner and Ms. Ryland.

                                    **DUANE MORRIS LLP**

                                    By: _____
                                          Lewis R. Olshin
                                          Wayne A. Mack
                                          J. Manly Parks
                                          One Liberty Place, 39th Floor
                                          Philadelphia, PA 19103-7396
                                          215-979-1129/1152/1342

                                          Attorneys for Plaintiff
                                          The Chester County Hospital

Dated: May 31, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2002 a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served via first class mail on the following counsel:

>William J. Leonard, Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA 19103-1895