UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL : | |
| v. : | |
| INDEPENDENCE BLUE CROSS, : | CIVIL ACTION NO. 02-CV-2746 |
| QCC INSURANCE COMPANY, : | |
| KEYSTONE MERCY HEALTH PLAN : | |

## STIPULATION

It is hereby stipulated and agreed by and between plaintiff, Chester County Hospital, and defendants, Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan, that defendants shall have an extension of time until June 17, 2002 to answer, respond or otherwise plead to the complaint in this matter.

_____
Lewis R. Olshin
Duane Morris LLP
One Liberty Place, Suite 4200
Suite 4200
Philadelphia, PA 19103-7396
Attorneys for Plaintiff,
The Chester County Hospital

_____
Thomas A. Leonard
Paul S. Diamond
William J. Leonard
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895
Attorneys for Defendants,
Independence Blue Cross, QCC Insurance
Company, Keystone Health Plan East,
and Keystone Mercy Health Plan

APPROVED AND SO ORDERED:

_____
Padova, J.

385687