**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL, 701 E. MARSHALL STREET WEST CHESTER, PA  19380 | : : : : | CIVIL ACTION NO.  02-2746 |
| PLAINTIFF | : | |
| v. | : : | |
| INDEPENDENCE BLUE CROSS 1901 MARKET STREET PHILADELPHIA, PA  19103 | : : : : | |
| QCC INSURANCE COMPANY 1902 MARKET STREET PHILADELPHIA, PA  19103 | : : : : | |
| KEYSTONE HEALTH PLAN EAST 1901 MARKET STREET PHILADELPHIA, PA  19103 | : : : : | |
| KEYSTONE MERCY HEALTH PLAN 200 STEVENS DRIVE SUITE 350 PHILADELPHIA, PA  19113 | : : : : : | |
| DEFENDANTS | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Barbara H. Ryland, Esq., of Crowell & Moring LLP hereby gives notice to this Court of withdrawal of her appearance as counsel for plaintiff, The Chester County Hospital, in the above-captioned action.

WHEREFORE, the undersigned respectfully requests that the Court take notice of withdrawal of Ms. Ryland as counsel.

-2-

                              CROWELL & MORING LLP

Date: June 27, 2002         By: _____

                              Attorney for

                              THE CHESTER COUNTY HOSPITAL

## **CERTIFICATE OF SERVICE**

I, LEWIS R. OLSHIN, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Counsel for Barbara H. Ryland, Esquire, has been served upon the following counsel by first class mail, postage pre-paid, on June 27, 2002.

>Thomas A. Leonard, Esquire
>Obermayer, Rebmann, Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA  19103

>John DeQ. Briggs, III, Esquire
>Howrey, Arnold, Simon & White, LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004-2402

>_____
>Lewis R. Olshin, Esquire