**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL, <br> 701 E. MARSHALL STREET <br> WEST CHESTER, PA  19380 | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.  02-2746 |
| PLAINTIFF | : | |
| v. | : <br> : | |
| INDEPENDENCE BLUE CROSS <br> 1901 MARKET STREET <br> PHILADELPHIA, PA  19103 | : <br> : <br> : <br> : | |
| QCC INSURANCE COMPANY <br> 1902 MARKET STREET <br> PHILADELPHIA, PA  19103 | : <br> : <br> : <br> : | |
| KEYSTONE HEALTH PLAN EAST <br> 1901 MARKET STREET <br> PHILADELPHIA, PA  19103 | : <br> : <br> : <br> : | |
| KEYSTONE MERCY HEALTH PLAN <br> 200 STEVENS DRIVE <br> SUITE 350 <br> PHILADELPHIA, PA  19113 | : <br> : <br> : <br> : <br> : | |
| DEFENDANTS | : | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Arthur N. Lerner, Esq., of Crowell & Moring LLP hereby gives notice to this Court of withdrawal of his appearance as counsel for plaintiff, The Chester County Hospital, in the above-captioned action.

WHEREFORE, the undersigned respectfully requests that the Court take notice of withdrawal of Mr. Lerner as counsel.

-2-

                                                  CROWELL & MORING LLP

Date:  June 27, 2002          By: _____

                                                  Attorney for

                                                  THE CHESTER COUNTY HOSPITAL

## **CERTIFICATE OF SERVICE**

    I, LEWIS R. OLSHIN, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Counsel for Arthur N. Lerner, Esquire, has been served upon the following counsel by first class mail, postage pre-paid, on June 27, 2002.

> Thomas A. Leonard, Esquire
> Obermayer, Rebmann, Maxwell & Hippel, LLP
> One Penn Center, 19th Floor
> 1617 John F. Kennedy Boulevard
> Philadelphia, PA  19103

> John DeQ. Briggs, III, Esquire
> Howrey, Arnold, Simon & White, LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC  20004-2402

                                Lewis R. Olshin, Esquire