IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHESTER COUNTY HOSPITAL     :        CIVIL ACTION
                                :
              v.                :
                                :
INDEPENDENCE BLUE CROSS, ET AL  :        NO.  02-2746

O R D E R

        AND NOW, this 8th day of July, 2002, it is ORDERED
that a

        [ ] preliminary pretrial conference
        [ ] final pretrial conference
        [x] settlement conference
        [ ] status conference

in the above-captioned case will be held on August 7, 2002
at  1:30 p.m. before the **Honorable John R. Padova**.  This
conference will be held

        [x] in chambers, Room 6614
        [ ] by telephone*

**Each party shall submit a settlement conference memorandum
(without exchange) on or before August 2, 2002.**

        If trial counsel is on trial in a court of record prior
to the time of the conference, the Judge and opposing counsel
should be advised of this in writing at the earliest possible
date.  Another attorney in such trial counsel's office, who
should be as familiar as is feasible with the case, have
authority from the client, and an evaluation of the case for
settlement purposes, should appear at the conference.

        Failure to comply with this directive may result in the
imposition of sanctions. The conference will be continued to
another date only under exceptional circumstances.

ATTEST:                              or    BY THE COURT:


BY:  _____              _____
     Gerrie M. Keane                  JOHN R. PADOVA,        J.
     Deputy Clerk

cc:  Lewis R. Olshin, Esquire
     Thomas A. Leonard, Esquire
     Arthur N. Lerner, Esquire
     Barbara H. Ryland, Esquire
     Howard T. Rosenblatt, Esquire
     James G. Kress, Esquire
     John Deq. Briggs, Esquire
     Kenneth W, Donnelly, Esquire
     Wayne A. Mack, Esquire