UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-CV-2746 |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

## STIPULATION

It is hereby stipulated and agreed by and between plaintiff, Chester County Hospital, and defendants, Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan, that plaintiff shall have an extension to time until July 15, 2002, to answer, respond or otherwise plead to the counterclaims in this matter.

| | |
|---|---|
| Lewis R. Olshin | Thomas A. Leonard |
| Duane Morris LLP | Paul S. Diamond |
| One Liberty Place | William J. Leonard |
| Suite 4200 | Obermayer Rebmann Maxwell & Hippel LLP |
| Philadelphia, PA  19103-7396 | One Penn Center, 19th Floor |
| Attorneys for Plaintiff, | Philadelphia, PA  19103-1895 |
| The Chester County Hospital | Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan |

APPROVED AND SO ORDERED:

_____
Padova, J.

PH2\663262.1