IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| v. | : | |
| INDEPENDENCE BLUE CROSS, ET AL | : | NO. 02-2746 |

NOTICE OF HEARING

AND NOW, this 9th day of August, 2002, please take note that a

[ ] preliminary pretrial conference
[ ] final pretrial conference
[x] settlement conference
[ ] status conference

in the above-captioned case will be held on September 26, 2002 at 11:00 a.m. before the **Honorable John R. Padova.** This conference will be held

[x] in chambers, Room 6614
[ ] by telephone*

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                                    or    BY THE COURT:


BY: _____                       _____
    Gerrie M. Keane                              JOHN R. PADOVA,        J.
    Deputy Clerk

cc: Lewis R. Olshin, Esquire
    Thomas A. Leonard, Esquire
    Arthur N. Lerner, Esquire
    Barbara H. Ryland, Esquire
    Howard T. Rosenblatt, Esquire
    James G. Kress, Esquire
    John Deq. Briggs, Esquire
    Kenneth W, Donnelly, Esquire
    Wayne A. Mack, Esquire