```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

THE CHESTER COUNTY HOSPITAL     :     CIVIL ACTION
                                :
              v.                :
                                :
INDEPENDENCE BLUE CROSS, ET AL  :     NO.  02-2746

                    NOTICE OF HEARING

      AND NOW, this 24th day of September, 2002, please take note that a

      [ ] preliminary pretrial conference
      [ ] final pretrial conference
      [x] settlement conference
      [ ] status conference

in the above-captioned case will be held on October 7, 2002 at 3:30 p.m. (Rescheduled from September 26, 2002)
before the **Honorable John R. Padova.**  This conference will be held

      [x] in chambers, Room 6614
      [ ] by telephone*

                                 BY: _____
                                       Gerrie M. Keane
                                       Deputy Clerk

cc:  Lewis R. Olshin, Esquire
     Thomas A. Leonard, Esquire
     Arthur N. Lerner, Esquire
     Barbara H. Ryland, Esquire
     Howard T. Rosenblatt, Esquire
     James G. Kress, Esquire
     John Deq. Briggs, Esquire
     Kenneth W, Donnelly, Esquire
     Wayne A. Mack, Esquire
     Paul Diamond, Esquire
     Richard Feinstein, Esquire
     Daniel Kotchen, Esquire