```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

THE CHESTER COUNTY HOSPITAL     :     CIVIL ACTION
                                :
              v.                :
                                :
INDEPENDENCE BLUE CROSS, ET AL  :     NO.  02-2746

<u>NOTICE OF HEARING</u>

      AND NOW, this 30th day of October, 2002, please take note that a

- [ ] preliminary pretrial conference
- [ ] final pretrial conference
- [x] settlement conference
- [ ] status conference

in the above-captioned case will be held on November 22, 2002 at 9:30 a.m. before the **Honorable John R. Padova.**  This conference will be held

- [x] in chambers, Room 6614
- [ ] by telephone*

BY: _____
    Gerrie M. Keane
    Deputy Clerk

cc:  Lewis R. Olshin, Esquire
     Thomas A. Leonard, Esquire
     Arthur N. Lerner, Esquire
     Barbara H. Ryland, Esquire
     Howard T. Rosenblatt, Esquire
     James G. Kress, Esquire
     John Deq. Briggs, Esquire
     Kenneth W, Donnelly, Esquire
     Wayne A. Mack, Esquire
     Paul Diamond, Esquire
     Richard Feinstein, Esquire
     Daniel Kotchen, Esquire