IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHESTER COUNTY HOSPITAL     :        CIVIL ACTION
                                :
            v.                  :
                                :
INDEPENDENCE BLUE CROSS, ET AL  :        NO.  02-2746

NOTICE OF HEARING

         AND NOW, this 22nd day of November, 2002, please take
note that a

         [ ] preliminary pretrial conference
         [ ] final pretrial conference
         [x] settlement conference
         [ ] status conference

in the above-captioned case will be held on December 23, 2002 at
2:00 p.m. before the **Honorable John R. Padova.**  This conference
will be held

         [x] in chambers, Room 6614
         [ ] by telephone*


                                 BY:  _____
                                       Gerrie M. Keane
                                       Deputy Clerk

cc:   Lewis R. Olshin, Esquire
      Thomas A. Leonard, Esquire
      Arthur N. Lerner, Esquire
      Barbara H. Ryland, Esquire
      Howard T. Rosenblatt, Esquire
      James G. Kress, Esquire
      John Deq. Briggs, Esquire
      Kenneth W, Donnelly, Esquire
      Wayne A. Mack, Esquire
      Paul Diamond, Esquire
      Richard Feinstein, Esquire
      Daniel Kotchen, Esquire