```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHESTER COUNTY HOSPITAL    :    CIVIL ACTION
                               :
          v.                   :
                               :
INDEPENDENCE BLUE CROSS, ET AL :    NO.  02-2746
```

NOTICE OF HEARING

AND NOW, this 3rd day of December, 2002, please take note that a

```
    [ ] preliminary pretrial conference
    [ ] final pretrial conference
    [x] settlement conference
    [ ] status conference
```

in the above-captioned case will be held on January 8, 2003 at 1:30 p.m. (rescheduled from December 23, 2002) before the **Honorable John R. Padova.** This conference will be held

```
    [x] in chambers, Room 6614
    [ ] by telephone*
```

                                    BY: _____
                                        Gerrie M. Keane
                                        Deputy Clerk

cc:  Lewis R. Olshin, Esquire
     Thomas A. Leonard, Esquire
     Arthur N. Lerner, Esquire
     Barbara H. Ryland, Esquire
     Howard T. Rosenblatt, Esquire
     James G. Kress, Esquire
     John Deq. Briggs, Esquire
     Kenneth W, Donnelly, Esquire
     Wayne A. Mack, Esquire
     Paul Diamond, Esquire
     Richard Feinstein, Esquire
     Daniel Kotchen, Esquire