IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN R. ANTHONY

Plaintiff, the Chester County Hospital (the "Hospital"), by its attorneys, Duane Morris LLP, respectfully moves this Court to allow Kevin R. Anthony, Esquire, of Boies, Schiller & Flexner LLP, to appear in this Court for purposes of the above-captioned action.

As set forth in the attached declaration, Mr. Anthony is a member in good standing of the bar of the State of Florida. It is the desire of the Hospital that Mr. Anthony serve as counsel in the present action. Should the Court grant this Motion, the undersigned, a member in good standing of the Bar of the Commonwealth of Pennsylvania admitted to practice before the United States District Court for the Eastern District of Pennsylvania, shall remain associated with Mr. Anthony during the pendency of this matter.

WHEREFORE, plaintiff respectfully requests that the Court grant the Motion and allow the appearance of Mr. Anthony

                                                DUANE MORRIS LLP

By: _____
     Lewis R. Olshin
     Wayne A. Mack
     J. Manly Parks
     One Liberty Place, 39th Floor
     Philadelphia, PA 19103-7396
     215-979-1129/1152/1342

Attorneys for Plaintiff
The Chester County Hospital

Dated: February 13, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL<br>701 E. MARSHALL STREET<br>WEST CHESTER, PA 19380 | : | CIVIL ACTION<br>NO. 02-2746 |
| PLAINTIFF | : | |
| v. | : | |
| INDEPENDENCE BLUE CROSS,<br>1901 MARKET STREET<br>PHILADELPHIA, PA 19103 | : | |
| QCC INSURANCE COMPANY,<br>1901 MARKET STREET<br>PHILADELPHIA, PA 19103 | : | |
| KEYSTONE HEALTH PLAN EAST<br>1901 MARKET STREET<br>PHILADELPHIA, PA 19103 | : | |
| KEYSTONE MERCY HEALTH PLAN<br>1901 MARKET STREET<br>PHILADELPHIA, PA 19103 | : | |
| DEFENDANTS | : | |

**DECLARATION OF KEVIN R. ANTHONY IN SUPPORT
OF MOTION FOR APPEARANCE *PRO HAC VICE***

I, Kevin R. Anthony, declare and state as follows:

i.   I graduated from the University of Miami School of Law in 1998. I am admitted to practice before the United States Court of Appeals for the Eleventh Circuit, and the United States District Court for the Northern, Middle and Southern Districts of Florida and the United States District Court for the Eastern District of Michigan. I am a member in good standing of the bar of the State of Florida.

ii. I hereby certify that there are no grievances pending against me, and that I have never been reprimanded, suspended, disbarred or have resigned from the practice of law.

I declare under penalty of perjury that the foregoing is true and correct.

                                          Kevin R. Anthony

Dated: February 12, 2003.

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2002, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served via first class mail on the following counsel:

>William J. Leonard, Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA 19103-1895

_____
Wayne A. Mack

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

## ORDER

The Motion of Plaintiff the Chester County Hospital for the *pro hac vice* admission of Kevin R. Anthony having come before the Court, and the Court having determined that the application satisfies the requirements of all applicable rules, it is therefore:

ORDERED that Kevin R. Anthony is authorized to appear as counsel for the Plaintiff before the United States District Court for the Eastern District of Pennsylvania in any and all matters that relate to the present action.

SO ENTERED this           day of                    , 2003.

BY THE COURT:

_____
Padova, J.