```
                UNITED STATES DISTRICT COURT
                Eastern District of Pennsylvania
                       U.S. Court House
                    Independence Mall West
                       601 Market Street
                   Philadelphia, PA  19106-1797
                          215/597-1178
```

February 20, 2003

**NOTICE OF HEARING:**

RE:    CHESTER COUNTY HOSPITAL v. INDEPENDENCE BLUE CROSS, ET AL
       Civil Action No. 02-2746

Dear Counsel:

Please be advised that a hearing is scheduled on **Blue Cross of Northeastern Pennsylvania's Motion for a Protective Order Related to the Subpoenas Served by Plaintiff, The Chester County Hospital**. The hearing will be held on **March 3, 2003 at 9:30 a.m.** in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: ALL COUNSEL OF RECORD