IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, ET AL | : | NO 02-2746 |

**ORDER**

**AND NOW**, this 27th day of March, 2003, in accordance with notification from attorney Daniel Kotchen this date, **IT IS HEREBY ORDERED** that Defendant's Motion for Protective Order (Doc. No. 41) is **DISMISSED** as moot.

**BY THE COURT**

_____
John R. Padova            J.