## CERTIFICATE OF SERVICE

I, Lewis R. Olshin, Esquire, hereby certify that a true and correct copy of the foregoing Plaintiff The Chester County Hospital's Motion to Modify the Protective, Order, Memorandum of Law in support thereof and Proposed Order have been served on May 30, 2003, upon the following counsel of record as follows:

### *Via Hand Delivery:*

Paul S. Diamond, Esquire
Thomas A. Leonard, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
*Counsel for Defendants*

### *Via Federal Express:*

John DeQ. Briggs, III, Esquire
Howrey, Arnold, Simon & White, LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2402
*Counsel for Defendants*

_____
Lewis R. Olshin

PH2\733842.1