IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS | : | |
| ET AL | : | NO.  02-2746 |

O R D E R

_____AND NOW,  this 3rd day of June, 2003, **IT IS HEREBY ORDERED** that the

following Motions are referred to United States Magistrate Judge Charles B. Smith for

resolution:

    1.  Motion to Intervene and or for Protective Order (Doc. No. 54), filed by

Multiplan, Inc.;

    2.  Motion for Protective Order (Doc. No. 55), filed by CIGNA;

    3.  Motion to Intervene and for Protective Order (Doc. No. 56), filed by AETNA,

Inc.; and

    4.  Plaintiff's Motion to Modify the Protective Order (Doc. No. 57).

BY THE COURT:

_____

JOHN R. PADOVA,        J.