# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2003, a true and correct copy of the foregoing Plaintiff The Chester County Hospital's Response to Multiplan's Motion to Intervene and/or for a Protective Order was served on the following counsel as follows:

*Via Hand Delivery*:

William J. Leonard, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA   19103-1895

*Via Federal Express*:

John DeQ Briggs, Esquire
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

_____
Seth A. Goldberg