IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-CV-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

**NON-PARTY COVENTRY HEALTHCARE OF DELAWARE, INC.'S
PRAECIPE TO ATTACH EXHIBIT TO ITS MOTION TO INTERVENE AND
FOR A PROTECTIVE ORDER**

To:   Clerk

Kindly attach the enclosed Exhibit "A" to Non-Party Coventry Healthcare of Delaware, Inc.'s Motion to Intervene and For a Protective Order, which was filed on June 11, 2003.

                                            COZEN O'CONNOR

                        BY: _____
                               Robert W. Hayes
                               Saundra J. Godina
                               1900 Market Street
                               Philadelphia, PA  19103
                               (215)-665-2000

                               Attorneys for Coventry Healthcare
                               of Delaware, Inc.

Dated: June 12, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2003, a true and correct copy of Non-Party Coventry Healthcare of Delaware, Inc.'s Praecipe to Attach Exhibit to Motion to Intervene and for a Protective Order was sent, via United States First Class Mail, to the following persons:

**Counsel for Non-Party Aetna, Inc.:**

James C. Crumlish, III, Esquire
Elliott, Reihner, Siedzikowski & Egan, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
P.O. Box 3010
Blue Bell, Pennsylvania  19422

**Counsel for The Chester County Hospital:**

Lewis R. Olshin, Esquire
Duane Morris, LLP
One Liberty Place
Philadelphia, PA  19103-7396

Daniel A. Kotchen, Esquire
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, DC  20015

**Counsel for Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan:**

William J. Leonard, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895

Howard T. Rosenblatt, Esquire
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Avenue
Washington, DC  20004

**Attorneys for Capital Blue Cross:**

Mark J. Oberstaedt, Esquire
Archer & Greiner PC
One South Broad Street
Suite 1630
Philadelphia, PA  19107

**Attorneys for Highmark, Inc.:**

Natalie Chetlin Moritz, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

**Attorneys for Blue Cross of Northeastern Pennsylvania:**

Melanie A. Miller, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

**Attorneys for Wellspan Health System:**

Neil C. Schur, Esquire
Stevens & Lee
111 N. 6th Street
P.O. Box 679
Reading, PA  19603

_____
Saundra J. Godina