IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS | : | |
| ET AL | : | NO. 02-2746 |

O R D E R

AND NOW, this 12th day of June, 2003, **IT IS HEREBY ORDERED** that the following Motions are referred to United States Magistrate Judge Charles B. Smith for resolution:

1. Motion to Compel (Doc. No. 62) filed by The Chester County Hospital;

2. Motion for Leave to File (Doc. 63), filed by The Chester County Hopsita;

3. Motion to Intervene and for Protective Order (Doc. No. 66), filed by Coventry Healthcare of Delaware, Inc.; and

4. Motion to Intervene and Motion to Modify (Doc. No. 67), filed by Health Net of the Northeast, Inc.

BY THE COURT:

_____
JOHN R. PADOVA,          J.