UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHESTER COUNTY HOSPITAL  :
                                                      :

v.                                                    :

INDEPENDENCE BLUE CROSS,  :   CIVIL ACTION NO. 02-CV-2746
QCC INSURANCE COMPANY,  :
KEYSTONE MERCY HEALTH PLAN  :

## STIPULATION

The recently filed motions listed below are based on substantially identical facts and issues of law. The parties to this litigation, and the non-parties who filed three of the below motions (Aetna, CIGNA, and MultiPlan), are attempting to negotiate a resolution of the motions. To facilitate that negotiation, the parties stipulate that June 23, 2003 shall be the response date for all the motions. Counsel for Defendants have obtained the consent of counsel for Aetna, CIGNA and MultiPlan to this extension.

1. Plaintiff The Chester County Hospital's Motion to Modify the Protective Order

2. (MultiPlan, Inc.'s) Motion to Intervene and/or Motion for Protective Order and Supporting Memorandum

464418

3. Third Party's (CIGNA's) Objection and Motion for Protective Order and Memorandum in Support

4. Non-Party Aetna Inc.'s Motion to Intervene and for a Protective Order

_____
Lewis R. Olshin
Duane Morris LLP
One Liberty Place, Suite 4200
Suite 4200
Philadelphia, PA  19103-7396
Attorneys for Plaintiff,
The Chester County Hospital

_____
Thomas A. Leonard
Paul S. Diamond
William J. Leonard
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
Philadelphia, PA  19103-1895
Attorneys for Defendants,
Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan

APPROVED AND SO ORDERED:   _____
                                                                                                J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHESTER COUNTY HOSPITAL :
:
v. :
:
INDEPENDENCE BLUE CROSS, : CIVIL ACTION NO. 02-CV-2746
QCC INSURANCE COMPANY, :
KEYSTONE MERCY HEALTH PLAN :

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a true and correct copy of the above Stipulation upon the following counsel via Facsimile and First Class Mail on the date indicated below:

| Lewis R. Olshin, Esquire<br>Duane Morris LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA 19102 | Christopher T. Koegel, Esquire<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001 |
|---|---|
| James C. Crumlish, III, Esquire<br>Elliott Reihner Siedzikowski & Egan, P.C.<br>Union Meeting Corporate Center V<br>P.O. Box 3010<br>925 Harvest Drive<br>Blue Bell, PA 19422 | Brian T. Must, Esquire<br>METZ LEWIS<br>11 Stanwix Street<br>18th Floor<br>Pittsburgh, PA 15222 |

_____
William K. Pelosi

Dated: June 16, 2003

464418                                    3