IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL, | : | NO. 2:02-cv-02746-JRP |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et al., | : | |
| Defendants | : | |

## O R D E R

AND NOW, this            day of *June*, 2003, upon consideration of the Motion of Plaintiff The Chester County Hospital for Leave to File its Motion to Compel Production of Documents by Defendant Independence Blue Cross Under Seal (Doc. No. 63), it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE