IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHESTER COUNTY HOSPITAL,          :          NO. 2:02-cv-02746-JRP
        Plaintiff          :
                :
    VS.          :
                :
INDEPENDENCE BLUE CROSS, et al.,:
        Defendants          :


O R D E R

AND NOW, this              day of  *June*, 2003, upon consideration of the Motion of Defendants Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East and Keystone Mercy Health Plan for Leave to File Under Seal Their Opposition to Chester County Hospital's Motion to Compel Production of Certain Documents by IBC (Doc. No. 72), it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED.


BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE