IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL, | : | NO. 2:02-cv-02746-JRP |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et al., | : | |
| Defendants | : | |

O R D E R

AND NOW, this          day of *June*, 2003, upon consideration of the Motion of Plaintiff The Chester County Hospital for Leave to File its Reply Memorandum of Law in Support of its Motion to Compel the Production of Documents by Defendant Independence Blue Cross Under Seal, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE