IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,        :      NO. 2:02-cv-02746-JRP
          Plaintiff             :
                                :
          VS.                   :
                                :
INDEPENDENCE BLUE CROSS, et al.,:
          Defendants            :
```

O R D E R

AND NOW, this 26th day of *June*, 2003, it is hereby ORDERED that the conference regarding all outstanding motions in the above case is rescheduled before the undersigned for Monday, July 7, 2003, at 10:00 a.m., in Courtroom 3D, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, PA.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

6/26/03 Copy via fax to:
See attached list