**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF KEVIN C. MACLAY**

Non-Parties CIGNA Healthcare of Pennsylvania, CIGNA MidAtlantic Healthcare and Connecticut General Life Insurance Company (collectively, "CIGNA"), by their attorneys, JONES DAY, respectfully move this Court to allow Kevin C. Maclay, Esquire, of JONES DAY, to appear in this Court for the purpose of protecting CIGNA's interest in the confidentiality of its information.

As set forth in the attached declaration, Mr. Maclay is a member in good standing of the bars of the State of Maryland and the District of Columbia. It is the desire of CIGNA that Mr. Maclay serve as counsel for CIGNA relating to the present action. Should the Court grant this Motion, the undersigned, a member in good standing of the Bar of the Commonwealth of Pennsylvania admitted to practice before the United States District Court for the Eastern District of Pennsylvania, shall remain associated with Mr. Maclay.

WHEREFORE, Non-Party CIGNA respectfully requests that the Court grant the Motion and allow the appearance of Mr. Maclay.

                                                           _____
Christopher T. Koegel (PA Bar # 86413)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Tel.:  (202) 879-3939
Fax:  (202) 626-1700

Attorneys for Third-Party CIGNA

Dated:  July 2, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

## DECLARATION OF KEVIN C. MACLAY IN SUPPORT
## OF MOTION FOR APPEARANCE *PRO HAC VICE*

I, Kevin C. Maclay, declare and state as follows:

1. I graduated from the University of Virginia School of Law in 1994. I am a member in good standing of the bars of the State of Maryland and the District of Columbia.

2. I hereby certify that there are no grievances pending against me, and that I have never been reprimanded, suspended, disbarred or have resigned from the practice of law.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin C. Maclay

Dated: July 2, 2003.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2003, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served via first class mail on the following counsel:

>Paul S. Diamond, Esquire
>William J. Leonard, Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA  19103-1895
>
>John DeQ. Briggs, III, Esquire
>Howrey Simon Arnold & White LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004
>
>Richard A. Feinstein
>Daniel A. Kotchen
>Kevin R. Anthony
>Boies, Schiller & Flexner LLP
>5301 Wisconsin Avenue, NW
>Washington, DC  20015
>
>Lewis R. Olshin
>Wayne A. Mack
>J. Manly Parks
>Keith J. Verrier
>Duane Morris, LLP
>One Liberty Place
>Philadelphia, Pennsylvania 19103-7396

_____
Christopher T. Koegel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

## **ORDER**

The Motion of Non-Parties CIGNA Healthcare of Pennsylvania, CIGNA MidAtlantic Healthcare and Connecticut General Life Insurance Company (collectively, "CIGNA") for the *pro hac vice* admission of Kevin C. Maclay having come before the Court, and the Court having determined that the application satisfies the requirements of all applicable rules, it is therefore:

ORDERED that Kevin C. Maclay is authorized to appear as counsel for CIGNA before the United States District Court for the Eastern District of Pennsylvania in matters that relate to Non-Party CIGNA.

SO ENTERED this            day of                        , 2003.

BY THE COURT:

_____