IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESTER COUNTY HOSPITAL,<br>    Plaintiff<br><br>VS.<br><br>INDEPENDENCE BLUE CROSS, et al.,<br>    Defendants | NO. 2:02-cv-02746-JRP |

O R D E R

      AND NOW, this 7*th* day of *July*, 2003, upon consideration of the Motion to Compel of Plaintiff Chester County Hospital ("CCH") (Doc. No. 62) and the Response of Defendant Independence Blue Cross ("IBC"), it is hereby ORDERED as follows:

      1.   With respect to CCH's request for documents concerning IBC's financial performance in states and territories other than Pennsylvania, New Jersey and Delaware:

      a.   IBC shall produce documents reflecting its annual financial performance in Texas, Florida and Puerto Rico; and

      b.   CCH's request for documents reflecting IBC's reasons for entering or exiting those areas is denied as they bear a highly attenuated relationship to the case at bar;

      2.   With respect to the redacted documents, CCH's motion is denied without prejudice.  Should CCH make a more specific showing in the future that it is entitled to the redacted portions of the documents at issue, the Court shall reconsider this ruling;

      3.   With respect to CCH's request for IBC's annual budgets since 1994, the Court shall withhold ruling on this portion of the motion pending notice from IBC regarding its good faith efforts to

obtain a limited set of documents reflecting its basis for its annual budgets;

    4.    With respect to CCH's request for documents relating to IBC's annual employee incentive programs, its motion is denied;

    5.    With respect to CCH's request for documents created in the course of merger discussions with Highmark, its motion is denied as moot.

    It is so ORDERED.

                                            BY THE COURT:

                                            _____
                                               CHARLES B. SMITH
                                       UNITED STATES MAGISTRATE JUDGE

7/7/03 Copy via fax to:
See attached list