IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHESTER COUNTY HOSPITAL,        :        NO. 2:02-cv-02746-JRP
              Plaintiff         :
                                :
        VS.                     :
                                :
INDEPENDENCE BLUE CROSS, et al., :
              Defendants         :


O R D E R


        AND NOW, this 7*th* day of *July*, 2003, upon consideration

of Health Net of the Northeast, Inc.'s Uncontested Application for

Admission of Attorney Pro Hac Vice (Doc. No. 84), it is hereby

ORDERED that Katie A. Gummer, Esq., is admitted to the practice of

law before the United States District Court for the Eastern District

of Pennsylvania, pro hac vice, for all purposes in connection with

the above-referenced action.

        It is so ORDERED.


                                BY THE COURT:



                                _____
                                      CHARLES B. SMITH
                                UNITED STATES MAGISTRATE JUDGE



7/7/03 Copy via fax to:
See attached list