IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL<br><br>v.<br><br>INDEPENDENCE BLUE CROSS,<br>QCC INSURANCE COMPANY,<br>KEYSTONE HEALTH PLAN EAST, and<br>KEYSTONE MERCY HEALTH PLAN | FILED JUL -8 2003<br><br>CA No. 02-CV-2746 |

### ORDER

The Motion of Defendants for the *pro hac vice* admission of Ferdose al-Taie of the law firm Howrey Simon Arnold & White, LLP having come before the Court, and the Court having determined that the application satisfies the requirements of all applicable rules, it is therefore:

ORDERED that Ferdose al-Taie of the law firm of Howrey Simon Arnold & White, LLP is authorized to appear as counsel for the Defendants before the United States District Court for the Eastern District of Pennsylvania in any and all matters that relate to the present action.

So entered this _____ day of _____, 2003.

BY THE COURT:

_____
John R. Padova, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL<br><br>v.<br><br>INDEPENDENCE BLUE CROSS,<br>QCC INSURANCE COMPANY,<br>KEYSTONE HEALTH PLAN EAST, and<br>KEYSTONE MERCY HEALTH PLAN | CA No. 02-CV-2746 |

## MOTION TO APPEAR AND PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 83.5.2(b) the undersigned attorney, who is a member of the Bar of the United States District Court for the Eastern District of Pennsylvania and has entered his appearance on behalf of the Defendants in the above-captioned case, moves for leave to permit attorney Ferdose al-Taie of the law firm Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004 to appear and practice in this Court in the above-captioned matter.

As grounds for this Motion, as set fourth in the Certification filed herewith:

1. Ms. Ferdose al-Taie is a practicing attorney with the law firm of Howrey Simon Arnold & White, LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004. Ms. al-Taie received a juris doctor from the Washington College of Law, American University in 2001 and has been admitted to the following bars on the following dates: Maryland, 2001; United States District Court for the Northern District of Texas, 2002. Ms. al-Taie is a member in good standing with all of these bars or jurisdictions and no disciplinary or grievance proceeding has ever been filed against her.

469161

2. Ms. al-Taie is well acquainted with the proceedings in the above-captioned case and will represent Defendants in this action until the final termination thereof and concerning all matters incident thereto.

WHEREFORE, Defendants request this Court to permit Ferdose al-Taie to appear and practice in this Court in the above-captioned matter.

Respectfully Submitted,

*[signature]*

Thomas A. Leonard
Paul S. Diamond
William J. Leonard
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
(215) 665-3000

John DeQ. Briggs
James G. Kress
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 383-7015

Dated: July 7, 2003

469161

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL<br><br>v.<br><br>INDEPENDENCE BLUE CROSS,<br>QCC INSURANCE COMPANY,<br>KEYSTONE HEALTH PLAN EAST, and<br>KEYSTONE MERCY HEALTH PLAN | CA No. 2:02CV2746 |

### DECLARATION OF FERDOSE AL-TAIE IN SUPPORT OF MOTION TO APPEAR AND PRACTICE PRO HAC VICE

I, Ferdose al-Taie, declare and state as follows:

i. I graduated from the Washington College of Law, American University in 2001. I am admitted to practice law before the United States District Court for the Northern District of Texas. I am a member in good standing of the bar of Maryland.

ii. I hereby certify that there are no grievances pending against me and that I have never been reprimanded, suspended, disbarred or have resigned from the practice of law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of July, 2003.

_____
Ferdose al-Taie, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL<br><br>v.<br><br>INDEPENDENCE BLUE CROSS,<br>QCC INSURANCE COMPANY,<br>KEYSTONE HEALTH PLAN EAST, and<br>KEYSTONE MERCY HEALTH PLAN | CA No. 2:02CV2746 |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Defendants' Motion to Appear and Practice Pro Hac Vice, Declaration of Ferdose al-Taie in Support of Motion to Appear and Practice Pro Hac Vice, and [Proposed] Order was served, this 8th day of July, 2003, upon each of the parties listed below as follows:

*By Facsimile and First Class Mail:*

Lewis R. Olshin, Esq.
DUANE MORRIS, LLP
One Liberty Place
Philadelphia, PA 19103-7396

Daniel A. Kotchen, Esq.
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

Kenneth L. Racowski

469161