UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL : | |
| : | |
| v. : | |
| : | |
| INDEPENDENCE BLUE CROSS, : | CIVIL ACTION NO. 02-CV-2746 |
| QCC INSURANCE COMPANY, : | |
| KEYSTONE HEALTH PLAN EAST, : | |
| and KEYSTONE MERCY HEALTH PLAN : | |

ORDER

AND NOW, this _____ day of _____, 2003, as provided for by the Protective Order that was entered in this matter, it is hereby further Ordered that:

1. The transcript of the July 7, 2003 hearing in this matter is removed from the docket in its present, unsealed, form;

2. Pages 1 through 37 (through line 9) of the transcript are refiled, in the usual manner.

3. Pages 37 (starting with line 9) through 55 of the transcript, which pages contain argument on Plaintiff's Motion to Compel The Production Of Documents By Defendant Independence Blue Cross that was filed under seal, are re-filed under seal.

BY THE COURT:

_____

J.

472158