IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | NO. 02-2746 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

**PRAECIPE TO SUBSTITUTE CERTIFICATE OF SERVICE**

TO THE CLERK OF COURT:

Please substitute the attached Amended Certificate of Service for the Certificate of Service that was attached to Plaintiff's Joint Response to Non-Party Aetna Inc.'s Appeal of the Court's July 7, 2003 and July 16, 2003 Orders Modifying the January 24, 2003 Protective Order and to Multiplan's Statement of Objections and/or Notice of Appeal from the Magistrate Judge's Order Denying Multiplan's Motion to Intervene and/or Motion for Protective Order (Doc. No. 54) and Motion to Quash, Motion to Intervene and/or Motion for Protective Order (Doc. No. 83) filed on July 29, 2003 in the above-captioned matter.

DUANE MORRIS LLP

BY:_____
    Lewis R. Olshin
    Wayne A. Mack
    Seth A. Goldberg
    One Liberty Place, 39th Floor
    Philadelphia, PA  19103-7396
    215-979-1129/1152/1175

Attorneys for Plaintiff

PH2\743186.1