UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797
215/597-1178

August 5, 2003

**NOTICE OF HEARING:**

RE:   CHESTER COUNTY HOSPITAL v. INDEPENDENCE BLUE CROSS, ET AL
       Civil Action No. 02-2746

Dear Counsel:

Please be advised that a hearing is scheduled on **Non-Party Aetna Inc.'s Appeal of the Court's July 7, 2003 and July 16, 2003 Orders modifying the January 23, 2003 Protective Order (Doc. No. 95),** and **Statement of Objections and/or Notice of Appeal from the Magistrate Judge's Order Denying Multiplan's Motion to Intervene and/or Motion for Protective Order and Motion to Quash, Motion to Interviene and/or Motion for Protective Order (Doc. No. 94).** The hearing will be held on **August 7, 2003 at 10:45 a.m.** in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: ALL COUNSEL OF RECORD