IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL, | : | NO. 2:02-cv-02746-JRP |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et al., | : | |
| Defendants | : | |

O R D E R

AND NOW, this *12th* day of *August*, 2003, it is hereby ORDERED that a settlement conference is scheduled before the undersigned for Wednesday, August 20, 2003, at 10:00 a.m., in Courtroom 3D, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, PA.

Counsel shall submit a confidential settlement memorandum on or before August 18, 2003.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

8/12/03 Copy via fax to:
See attached list