IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,          :          NO. 2:02-cv-02746-JRP
               Plaintiff          :
                                  :
          VS.                     :
                                  :
INDEPENDENCE BLUE CROSS, et al.,  :
               Defendants         :
```

O R D E R

AND NOW, this 23rd day of *September*, 2003, it is hereby ORDERED that a settlement conference is scheduled before the undersigned for Thursday, October 2, 2003, at 10:00 a.m., in Courtroom 3D, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, PA.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

9/23/03 Copy via fax to:
See attached list