IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL | CIVIL ACTION |
| v. | |
| INDEPENDENCE BLUE CROSS, | |
| QCC INSURANCE COMPANY, | |
| KEYSTONE HEALTH PLAN EAST, and | |
| KEYSTONE MERCY HEALTH PLAN | NO. 02-CV-2746 |

MOTION FOR PRO HAC VICE ADMISSION

OF SALVATORE G. ROTELLA, JR.

I. APPLICANT'S STATEMENT

      I, the undersigned, am an attorney who is neither currently admitted to the bar of this court nor an active member of the bar of the Supreme Court of Pennsylvania. I am currently petitioning for reinstatement to active status in the bar of the Supreme Court of Pennsylvania after taking voluntary inactive status in July 1997. I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and am submitting the $40.00 admission fee herewith.

A.    *I state that I am currently admitted to practice in the following state jurisdiction:*

      District of Columbia    (Admitted: August 5, 1994)    Bar No. 442795

B.    *I state that I am currently admitted to practice in the following federal jurisdiction:*

      United States Court of Appeals for the Sixth Circuit    (Admitted: 1993)

C.    I am at present a member of the aforesaid bars in good standing, will conduct myself as an attorney uprightly and according to law, and will support and defend the Constitution of the United States.

Salvatore G. Rotella, Jr.
Applicant Name          Applicant Signature          Date

Cozen O Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-3729
(215) 665-2013 (fax)
srotella@cozen.com


II. SPONSOR S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

     I am a member of the United States District Court for the Eastern District of Pennsylvania and hereby move for the admission of Salvatore G. Rotella, Jr. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b). I certify that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant s private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to counsel for the parties in this matter.

Mark H. Gallant
Sponsor Name          Sponsor Signature

51767
PA Attorney Identification Number

Cozen O Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2061
(215) 665-2013 (fax)
lcohen@cozen.com

PHILA1\1914618\1 111769.000