IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL | CIVIL ACTION |
| v. | |
| INDEPENDENCE BLUE CROSS, | |
| QCC INSURANCE COMPANY, | |
| KEYSTONE HEALTH PLAN EAST, and | |
| KEYSTONE MERCY HEALTH PLAN | NO. 02-CV-2746 |

**ORDER**

AND NOW, this _____ day of _____, 2003, it is hereby

ORDERED that the application of Salvatore G. Rotella, Jr., Esquire, to appear as counsel for Paoli Memorial Hospital, Crozer-Chester Medical Center, and Grand View Hospital, all of which are recipients of third-party subpoenas in this matter, and to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED

_____ DENIED

_____
                                        Judge

PHILA1\1914631\1 111769.000