IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS ET AL | : | NO. 02-2746 |

O R D E R

_____AND NOW, this 1st day of October, 2003, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel the Return of Privileged Mediation Documents and Motion for a Protective Order Precluding the Use of Such Documents (Doc. No. 119) is referred to United States Magistrate Judge Charles B. Smith for resolution.

BY THE COURT:

_____
JOHN R. PADOVA,      J.