IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS | : | NO. 02-2746 |

<u>ORDER</u>

AND NOW, this 20th day of October, 2003, in view of the Second Modified Scheduling Order submitted by the parties and filed this date, IT IS HEREBY ORDERED this matter shall be placed in the trial pool as of November 1, 2004.

BY THE COURT

_____
JOHN R. PADOVA,     J.