```
              UNITED STATES DISTRICT COURT
            Eastern District of Pennsylvania
                    U.S. Court House
                 Independence Mall West
                    601 Market Street
                Philadelphia, PA  19106-1797
                      215/597-1178
```

October 27, 2003

**NOTICE OF HEARING:**

RE:   CHESTER COUNTY HOSPITAL v. INDEPENDENCE BLUE CROSS, ET AL
      Civil Action No. 02-2746

Dear Counsel:

Please be advised that oral argument is scheduled on Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. 99) for **November 6, 2003 at 10:00 a.m.** in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: ALL COUNSEL OF RECORD