IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS | : | |
| ET AL | : | NO. 02-2746 |

<u>O R D E R</u>

             AND NOW, this 31st day of October, 2003, **IT IS HEREBY ORDERED** that the following Motions are referred to United States Magistrate Judge Charles B. Smith for resolution:

    1.  Defendants' Motion to Compel Riddle Memorial (Doc. No. 149);

    2.  Defendants' Motion to Compel Paoli Memorial Hospital (Doc. No. 148); and

    3.  Defendants' Motion to Compel Crozer-Chester Medical Center (Doc. No. 146).

BY THE COURT:

JOHN R. PADOVA,          J.