IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL, | : | NO. 2:02-cv-02746-JRP |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et al., | : | |
| Defendants | : | |

## O R D E R

AND NOW, this 6th day of *November*, 2003, it is hereby ORDERED that oral argument is scheduled before the undersigned concerning all outstanding discovery motions/disputes for Thursday, November 13, 2003, at 10:00 a.m. in Courtroom 3D, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, PA.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

11/6/03 Copy via fax to:
See attached list