IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Chester County Hospital,  Plaintiff, | : : : | |
| v. | : : | Civil Action No. 02-CV-2746 |
| Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan,  Defendants. | : : : : : | |

## **ORDER**

**AND NOW**, this _____ day of _____, 2003, upon consideration of the motion of Defendants Independence Blue Cross, QCC Insurance Company, Keystone Health Plan East, and Keystone Mercy Health Plan to compel Paoli Memorial Hospital (1) to produce all documents not previously produced and sought by Defendants in connection with their subpoena of July 3, 2003 and (2) to pay Defendants the reasonable attorney's fees and costs incurred in preparing, filing, and presenting their motion to compel, and the response of Paoli Memorial Hospital thereto, it hereby **ORDERED AND DECREED** that:

1. The motion to compel the production of documents is **DENIED**.
2. The motion to compel payment to Defendants is **DENIED**.

BY THE COURT:

_____
J.

PHILA1\1957229\1 138775.000