IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL,<br>　　　　Plaintiff | : | NO. 2:02-cv-02746-JRP |
| VS. | : | |
| INDEPENDENCE BLUE CROSS, et al.,<br>　　　　Defendants | : | |

## O R D E R

AND NOW, this *13th* day of *November*, 2003, upon consideration of Defendants' Motion to Compel Crozer-Chester Medical Center ("Crozer") to Produce Documents and the Response thereto of Crozer, and upon conducting oral argument, it is hereby ORDERED as follows:

1. Within ten (10) days from the date of this Order, counsel for both defendants' and for Crozer will meet and confer regarding the specific documents which defendants claim have not been produced. Crozer's document production will be completed within four (4) days of its meet and confer session.

2. The deposition of Crozer shall thereafter occur at a date agreed upon by all parties and the deponent. Should the deposition reveal that other documents requested by defendants exist, but were not produced, Crozer shall appear for a second deposition following the production of those documents.

3. Crozer shall produce its insurer contracts subject to the Protective Order, as modified on this date.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE