IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL,<br>  Plaintiff | : | NO. 2:02-cv-02746-JRP |
| | : | |
| VS. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et al.,<br>  Defendants | : | |

O R D E R

AND NOW, this *13th* day of *November*, 2003, upon consideration of Defendants' Motion to Compel Paoli Memorial Hospital ("Paoli") to Produce Documents and the Response thereto of Paoli, and upon conducting oral argument, it is hereby ORDERED as follows:

1. Within ten (10) days from the date of this Order, counsel for both defendants' and for Paoli will meet and confer regarding the specific documents which defendants claim have not been produced. Paoli's document production will be completed within four (4) days of its meet and confer session.

2. The deposition of Paoli shall thereafter occur at a date agreed upon by all parties and the deponent. Should the deposition reveal that other documents requested by defendants exist, but were not produced, Paoli shall appear for a second deposition following the production of those documents.

3. Paoli shall produce its insurer contracts subject to the Protective Order, as modified on this date.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE