IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,            :    NO. 2:02-cv-02746-JRP
          Plaintiff                 :
                                    :
     VS.                            :
                                    :
INDEPENDENCE BLUE CROSS, et al.,    :
          Defendants                :
```

O R D E R

AND NOW, this *13th* day of *November*, 2003, upon consideration of Defendants' Motion to Compel Riddle Memorial Hospital ("Riddle") to Produce Documents and the Response thereto of Riddle, and upon conducting oral argument, it is hereby ORDERED as follows:

1. Within seven (7) days from the date of this Order, counsel for both defendants' and for Riddle will meet and confer regarding the specific documents which defendants claim have not been produced. Riddle will thereafter have fourteen (14) days in which to complete its document production.

2. The deposition of Riddle shall thereafter occur at a date agreed upon by all parties and the deponent. Should the deposition reveal that other documents requested by defendants exist, but were not produced, Riddle shall appear for a second deposition following the production of those documents.

3. Riddle shall produce its insurer contracts subject to the Protective Order, as modified on this date.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE