IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHESTER COUNTY HOSPITAL,       :      NO. 2:02-cv-02746-JRP
          Plaintiff     :
                       :
      VS.               :
                       :
INDEPENDENCE BLUE CROSS, et al., :
          Defendants    :

O R D E R

AND NOW, this 13*th* day of *November*, 2003, it is hereby ORDERED that the Protective Order entered into between the parties in this matter and signed by the Court on January 24, 2003, and as modified on July 7, 2003, is hereby further modified as follows:

A.    The third-party hospitals (the "Hospitals") shall be given the same rights as were given to the third-party insurers under the July 7, 2003 Modification to the Protective Order;

B.    Documents that include proprietary and trade secret information from third-party hospitals (the "Hospitals") shall be marked "highly confidential information" by the Disclosing Entity;

C.    Any information regarding the Hospitals' rates with other insurance companies, other than IBC, shall be considered highly confidential under the Order;

D.    Any employee of IBC or outside counsel of IBC who learns of the Hospitals' rates with other insurance companies, other than IBC, shall not be permitted to (a) negotiate contracts with the third-party hospital whose information he/she has learned for a period of eighteen (18) months or (b) use that information to assist in such negotiations.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE