IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHESTER COUNTY HOSPITAL,           :        NO. 2:02-cv-02746-JRP
                    Plaintiff      :
                                   :
          VS.                      :
                                   :
INDEPENDENCE BLUE CROSS, et al.,   :
                    Defendants     :


O R D E R

AND NOW, this 13ᵗʰ day of *November*, 2003, it is hereby ORDERED that, within ten (10) days of the date of this Order, the parties shall produce to this Court a schedule for the third-party hospital depositions.[1]


It is so ORDERED.


BY THE COURT:



_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


_____

[1]   These depositions include, but are not necessarily limited to, Brandywine Hospital, Grand View Hospital, Paoli Memorial Hospital, Crozer-Chester Medical Center, Temple Hospital, Children's Hospital of Pennsylvania, Phoenixville Hospital and Riddle Memorial Hospital.