IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL,<br>            Plaintiff | : | NO. 2:02-cv-02746-JRP |
| VS. | : | |
| INDEPENDENCE BLUE CROSS, et al.,<br>            Defendants | : | |

## O R D E R

AND NOW, this *13th* day of *November*, 2003, with respect to the deposition of Grand View Hospital, it is hereby ORDERED as follows:

1. Grand View Hospital shall testify as to its Hospital Agreement of 2001 with Independence Blue Cross ("IBC").

2. IBC, per its agreement, shall, for purposes of this deposition only, waive its rights under the confidentiality provision of the Settlement Agreement entered into with Grand View.

3. Any information regarding the Hospital Agreement testified to by the Grand View Hospital representative at the deposition shall be deemed "highly confidential" pursuant to the Protective Order.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE