IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL,<br>　　　　Plaintiff | : | NO. 2:02-cv-02746-JRP |
| VS. | : | |
| INDEPENDENCE BLUE CROSS, et al.,<br>　　　　Defendants | : | |

## O R D E R

AND NOW, this *13th* day of *November*, 2003, it is hereby ORDERED that, by Friday, November 14, 2003, Chester County Hospital shall provide to defendants a letter detailing its reasonable document requests. IBC shall have seven (7) days from receipt of that letter to comply with such requests.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE