IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL,<br>　　　　Plaintiff,<br>　　VS.<br>INDEPENDENCE BLUE CROSS, et al.,<br>　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | NO. 2:02-cv-02746-JRP |

O R D E R

AND NOW, this *21th* day of *November*, 2003, it is hereby ORDERED that, with respect to the transcript for the hearing conducted on November 13, 2003, the portion that dealt with discovery issues strictly between the parties to this matter shall be SEALED.

It is so ORDERED.

BY THE COURT:

_____
　　　CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE