IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS | : | |
| ET AL | : | NO. 02-2746 |

O R D E R

_____AND NOW, this 4th day of December, 2003, **IT IS HEREBY ORDERED** that all Motions pertaining to discovery matters, either pending or to be filed, are referred to United States Magistrate Judge Charles B. Smith for resolution.

BY THE COURT:

_____
JOHN R. PADOVA,      J.