IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,        :     NO. 2:02-cv-02746-JRP
          Plaintiff,            :
                                :
     VS.                        :
                                :
INDEPENDENCE BLUE CROSS, et al.,:
          Defendants.           :
```

O R D E R

AND NOW, this 8th day of *December*, 2003, it is hereby ORDERED that oral argument regarding all outstanding discovery motions/disputes is scheduled before the undersigned for Tuesday, December 16, 2003, at 1:30 in Courtroom 3D, United States Courthouse, 601 Market Street, Philadelphia, PA, 19106.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

12/8/03 Copy via fax to:
See attached list