1   plans, they are proprietary, and they will be marked

2   highly confidential.  Only Mr. Nolan will be allowed to

3   see them.

4           THE COURT:  Um-hmm.  All right.

5           May I hear from another insurer in terms of

6   how much further you would have us go?

7           MR. ELLIOTT:  John Elliot for Aetna.

8           THE COURT:  Yes, sir.

9           MR. ELLIOTT:  It's our position --

10          THE COURT:  Why don't you come up here.  Then

11  I don't need to put on any other glasses to see you.

12          MR. ELLIOTT:  In terms of the plaintiff's

13  proposed modifications, I speak for all of the insurers

14  that we agree to the terms set forth in paragraph 2, all

15  the terms in paragraph 2 with the exception that we

16  would like to modify to encompass all the modifiers.

17  Some of them are towards Aetna.

18          THE COURT:  Okay.

19          MR. ELLIOTT:  And paragraph i states that no

20  more than three copies shall be made of documents

21  produced by Aetna, and we would like it to be all

22  documents containing confidential or proprietary

23  information.

24          THE COURT:  Let's stop right there.  Anybody

25  have a problem with that?

# EXHIBIT "2"

 **MAPQUEST**   

○ Home  ○ Help

MAPS    DRIVING DIRECTIONS    ROAD TRIP PLANNER

**Orbitz Travel Deals**

⌐ **Hotels:**
Save up to 70% on Orbitz Savers nationwide. Search Phila, PA!

⌐ **Flights:**
Find low fares to the Philadelphia area!

⌐ **Rental Cars:**
Find special offers on rental prices in the Hartford/New Haven area!

 **ORBITZ**

**Yellow Pages**

Search **Phila** for:

| Auto repair ▾ |
| Search |

**FROM:**

**151 Farmington Ave**
**Hartford, CT**
**06156-0001 US**

☑ **Hartford Offers:**

| Hotels ▾ | Go |

**TO:**

**1617 John F Kennedy Blvd**
**Phila, PA**
**19103-1821 US**

☑ **Phila Offers:**

| Hotels ▾ | Go |

**Total Distance:** 214.61 miles
**Total Estimated Time:** 3 hours, 35 minutes

**E-mail Route:**

| user@email.com | Go | Or, Send to a PCS Phone    ✈ **Sprint.**

[ PRINT ROUTE ]    [ REVERSE ROUTE ]    [ DOWNLOAD TO PDA ]


Rate
Still
Choos
○ Pu
○ Re
○ Ho
[ Cli ]

Pow
ho

**Hotel Offe**

**Hotel room**
Save up to
hotel. Plan y
with Orbitz.
www.ORBIT

**Pennsylvar**
Book at La (
Great Prices
Satisfaction
www.LaQuir

| **DIRECTIONS** | **DISTANCE** |
|---|---|
| **1:** Start out going East on FARMINGTON AVE toward FLOWER ST. | 0.30 miles |
| **2:** Turn RIGHT onto BROAD ST. | 0.14 miles |
| **3:** Merge onto US-6 E/ I-84 E via the ramp- on the left- toward I-91/ E. HARTFORD/ BOSTON. | 0.93 miles |
| **4:** Merge onto I-91 S via exit number 52 toward NEW HAVEN. | 38.32 miles |
| **5:** Merge onto I-95 S via the exit- on the left- toward N.Y. CITY (Portions toll). | 125.30 miles |
| **6:** I-95 S becomes NEW JERSEY TURNPIKE S (Portions toll). | 34.03 miles |
| **7:** Take the RT-73 exit- exit number 4- toward CAMDEN/ PHILADELPHIA. | 0.67 miles |
| **8:** Merge onto NJ-73 N. | 4.11 miles |
| **9:** Take NJ-90 W (Portions toll). | 3.37 miles |
| **10:** NJ-90 W becomes BETSY ROSS BRIDGE W. | 1.05 miles |
| **11:** Merge onto I-95 S via the exit- on the left- toward CENTRAL PHILA. | 4.05 miles |
| **12:** Merge onto VINE ST EXPWY/ I-676 W/ US-30 W via exit number 22 toward CENTRAL PHILA. | 1.65 miles |
| **13:** Take the exit toward PA-611/ BROAD STREET/ CENTRAL PHILA. | 0.22 miles |
| **14:** Turn SLIGHT RIGHT onto N 15TH ST. | 0.37 miles |
| **15:** Turn RIGHT onto JOHN F KENNEDY BLVD/ PA-3 W. | 0.10 miles |

**Total Estimated Time:**
3 hours, 35 minutes

**Total Distance:** 214.61 miles

Up to 70%
Find Last Mi
Deals. Trave
you Money.
www.travelc

**Hotel Roon**
Huge Saving
Hotels. Find
Now!
www.expedi

**Priceline D**
Incredibly L
up to 40% c
Priceline!
www.pricelir

Need a place to stay?

Find a local hotel!

If you drove a 2004 Prius, you could save $19.52 on this trip.

**START SAVING GAS,
MONEY AND THE PLANET.**
The next generation Toyota Prius
with Hybrid Synergy Drive.®

Visit toyota.com/prius for more.

ROUTE OVERVIEW:



Click on a map will:    ○ Zoom In    ● Re-center

All rights reserved. Use Subject to
License/Copyright

Map Legend    NAVTECH ON BOARD

DESTINATION:

**1617 John F Kennedy Blvd
Phila, PA
19103-1821 US**



**Re-display Directions with:**

( • ) Overview Map with Text    ( ) Text Only    ( ) Turn-by-Turn Maps with Text

[ RE-DISPLAY ROUTE ]

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

Site Index | About MapQuest | Partners | Help Center
International Web Sites | Mobile MapQuest | Advertise With Us | Business Solutions

Privacy Policy & Legal Notices
© 2003 MapQuest.com, Inc. All rights reserved.

# EXHIBIT "3"

## John P. Elliott

**Subject:** FW: CCH v. IBX

-----Original Message-----
**From:** Pelosi, William [mailto:William.Pelosi@obermayer.com]
**Sent:** Saturday, October 18, 2003 2:09 PM
**To:** Jim Crumlish
**Subject:** RE: CCH v. IBX

Bill,

So, Should I walk into the spider's lair?

     -----Original Message-----
     **From:** Jim Crumlish [mailto:JCCrumlish@erse.com]
     **Sent:** Friday, October 17, 2003 7:36 PM
     **To:** Bill Leonard (E-mail)
     **Cc:** Pelosi, William
     **Subject:** RE: CCH v. IBX

     Bill:
       Let's get some dates and times and you can stop in for coffee at our office in the way in next week and
     we can go over the discovery issues..

          -----Original Message-----
          **From:** Pelosi, William [mailto:William.Pelosi@obermayer.com]
          **Sent:** Friday, October 17, 2003 5:17 PM
          **To:** Jim Crumlish
          **Cc:** Leonard, William
          **Subject:**

             Dear Mr. Crumlish,

             I am writing to follow-up on a voicemail Bill Leonard left for you at around 9:30 this morning.
          As set forth in that voicemail, we would like to discuss the outstanding subpoena served by IBC on
          Aetna to determine  whether we can agree on the scope of the documents Aetna will produce
          voluntarily.  Please call us to discuss same.

             Bill Pelosi

# EXHIBIT "4"

## John P. Elliott

**From:**     Leonard, William [William.Leonard@obermayer.com]

**Sent:**     Wednesday, November 05, 2003 8:26 PM

**To:**        John P. Elliott

**Cc:**        Jim Crumlish; James Kress Esquire (E-mail)

**Subject:** RE: CCH v. IBC

Jack, our experts do not see how we can present our defense in the way you suggest. I'm afraid we need to agree to disagree about this issue. Bill.

> -----Original Message-----
> **From:** John P. Elliott [mailto:JPE@erse.com]
> **Sent:** Wednesday, November 05, 2003 5:45 PM
> **To:** Leonard, William
> **Cc:** Jim Crumlish
> **Subject:** CCH v. IBC
>
> Bill --
>
>   Jim asked me to see if you had heard back from your experts regarding any potential types of "masked" information that would allow those experts to perform any necessary antitrust analyses, while still protecting, to the extent possible, Aetna's confidential and proprietary information.
>
>   We have not heard back from the business people regarding your inquiries about Aetna's strategic plans, but will follow up tomorrow.
>
>   Jack

# EXHIBIT "5"



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHESTER COUNTY HOSPITAL

           v.

INDEPENDENCE BLUE CROSS,
QCC INSURANCE COMPANY
KEYSTONE HEALTHPLAN EAST, and
KEYSTONE MERCY HEALTH PLAN

         NO. 02-CV-2746

## DECLARATION OF ROBERT J. FRANZOI

Pursuant to 28 U.S.C. § 1746, I, Robert J. Franzoi, declare the following:

1.     My name is Robert J. Franzoi. I have been employed for the last 17 years with Aetna Inc. ("Aetna"), and presently act as Regional Manager for Health Care Delivery in Aetna's Mid-Atlantic Region. In that capacity, my responsibilities include overseeing the establishment and maintenance of contractual relationships with medical care providers.

2.     Aetna administers health benefits to individuals throughout the country through, for example, health maintenance organizations ("HMOs"). Aetna's Mid-Atlantic Regional headquarters are located in King of Prussia, Pennsylvania, and it does a substantial amount of business in this area.

3.     To administer health benefits to its members, Aetna maintains a network of medical care providers such as doctors, hospitals, and physician specialists, which provide medical services to eligible members. This network is created by contracts entered into by Aetna (and/or its subsidiaries and affiliates) with each medical care provider.

4.     Aetna's contracts with medical care providers typically include a schedule of rates that Aetna agrees to pay a provider for particular medical services rendered. Such rate schedules are individually negotiated and are among the central financial terms of such contracts.

5.     Aetna's rate schedules with medical care providers are among Aetna's most sensitive, confidential and proprietary information. I can attest to the fact that in Aetna's industry, information such as rate schedules are uniformly considered to be proprietary and confidential.

6.     If Aetna provider rate schedules were disclosed to Aetna's competitors or potential competitors, such information could aid such companies in their efforts to compete against Aetna. If a competitor knew the financial terms negotiated by Aetna with

providers, it could use that information to negotiate more favorable rates, and undermine Aetna's negotiating strategies.

7.    Moreover, if providers learned of the rates that Aetna had negotiated elsewhere, that information could be used by medical care providers against Aetna in its efforts to negotiate favorable financial terms.

8.    Because such information is confidential and proprietary, Aetna always includes in its provider contracts provisions as to Confidentiality and Non-Disclosure, prohibiting direct or indirect disclosure to any third parties of, specifically, the rate schedules or other financial terms of such contracts.

9.    Because such information is so sensitive, Aetna will typically not reveal this information to third parties, directly or indirectly, unless required to do so under law.

10.    I have been informed that in the above-captioned matter, Independence Blue Cross has sought to have Chester County Hospital ("CCH") disclose contract terms, rate schedules and documents detailing negotiations between CCH and Aetna.

11.    I can confirm that Aetna contracts with CCH. That contract and its financial terms, including specifically the rate schedules, are covered by express Confidentiality and Non-Disclosure provisions, as described above, prohibiting CCH from disclosing such information to third parties such as IBC, in recognition of the fact that such information is sensitive, proprietary, and confidential.

12.    In recognition of the harm that would occur due to a breach of the confidentiality provisions in their contract, CCH and Aetna agreed that breach of such provisions would cause irreparable harm, for which money damages would not be adequate to remedy.

13.    I have been informed that CCH's request for this information may also encompass rate schedules negotiated between Prudential Healthcare and CCH. I can attest to the fact that in 1999, Aetna acquired the operations of Prudential Healthcare. I can also attest to the fact that, like Aetna, Prudential included in its provider contracts provisions that prohibited disclosure of the financial terms of those arrangements, including rate schedules, in recognition of the sensitive and proprietary nature of these financial terms.

14.    Finally, I can attest to the fact that IBC, like Aetna, operates an HMO in the Commonwealth of Pennsylvania.

I declare under the penalty of perjury that the foregoing is true and correct.

ROBERT J. FRANZOI

jcc: 58611v1

# EXHIBIT "6"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHESTER COUNTY HOSPITAL : | |
| : | |
| v. : | |
| : | NO. 02-CV-2746 |
| INDEPENDENCE BLUE CROSS, : | |
| QCC INSURANCE COMPANY | |
| KEYSTONE HEALTHPLAN EAST, and : | |
| KEYSTONE MERCY HEALTH PLAN : | |

## SUPPLEMENTAL DECLARATION OF ROBERT J. FRANZOI

Pursuant to 28 U.S.C. § 1746, I, Robert J. Franzoi, declare the following:

1.   My name is Robert J. Franzoi.  I have been employed for the last 17 years with Aetna Inc. ("Aetna"), a Pennsylvania Corporation, and presently act as Regional Manager for Health Care Delivery in Aetna's Mid-Atlantic Region.  In that capacity, my responsibilities include overseeing the establishment and maintenance of contractual relationships with medical care providers.

2.   Aetna administers health benefits to individuals throughout the country through, for example, health maintenance organizations ("HMOs").  Aetna's Mid-Atlantic Regional headquarters are located in King of Prussia, Pennsylvania, and it does a substantial amount of business in this area.

3.   To administer health benefits to its members, Aetna maintains a network of medical care providers such as doctors, hospitals, and physician specialists, which provide medical services to eligible members.  This network is created by contracts entered into by Aetna (and/or its subsidiaries and affiliates) with each medical care provider.

4.   I am aware that Defendants in the above captioned litigation ("IBC") are seeking the production of Aetna's strategic plans.  Aetna does not keep strategic plans in a format only for the geographic region IBC seeks.  Accordingly, IBC's request, if granted, would result in the disclosure of Aetna's most confidential and proprietary information for broader geographic areas than I understand are at issue in the above captioned litigation.

5.   Because such information is so sensitive, Aetna never reveals this information to third parties, directly or indirectly.

6.    The disclosure of Aetna's strategic plans to IBC, or to providers such as Plaintiff in this action, would cause irreparable harm to Aetna and to the regional healthcare market by allowing IBC insight into Aetna's strategies, for example, regarding products and contracting.  Similarly, if individual hospitals, or the Hospital Association of Pennsylvania, had access to Aetna's contracting strategies, the strategies themselves would be rendered useless, effectively removing any value from the thousands of people hours and resulting unique and substantial value Aetna invested to create and evaluate these plans.

I declare under the penalty of perjury that the foregoing is true and correct.

ROBERT J. FRANZOI

# EXHIBIT "7"



HOME    MAGAZINE    NEWS    RESEARCH
LOGIN    SALES    CONTACT US    HEALTH PLAN DATA    MARKET OVERVIEWS

MY HEALTH PLAN STATES          MY HEALTHCARE MARKET OVERVIEWS

**Magazine**
**November 2003**



**Online News**
FREE daily and
weekly emails

**Research**
Health Plans
Market Overviews

**HealthFax**
California fax
newsletter

**Roundtables**
Archives

**Event Listings**
Events Calendar

Submit an event

**HealthLeaders**
**CAREER**
**CHANNEL**

## RESEARCH

**From benefit designs and contracting strategies, to financial performance and enrollment, HealthLeaders Health Plan Data & Analysis is the recognized leader for state- and MSA- specific analysis and data on health plans. HealthLeaders Market Overviews provide in-depth coverage into all aspects of healthcare in the nation's most prominent metropolitan markets.**

**HealthLeaders Research delivers the insight you need on over 900 of the nation's top health plans as well as 75 major metropolitan markets. Our analysts identify key trends and gather state- and local- data critical to your business.**

**HEALTH PLAN DATA & ANALYSIS**

Formerly known as the Harkey Report, this division of HealthLeaders Research has been a trusted source for **health plan insight and information**.

From benefit designs and contracting strategies to financial performance and enrollment, HealthLeaders Research is the recognized leader for **state-and-MSA specific analysis and data** on health plans.



Learn more about Health Plan Data & Analysis...

**HEALTHCARE MARKET OVERVIEWS**

**Updated annually**, Healthcare Market Overviews provide a comprehensive look at healthcare in **75 of the largest U.S. cities** and identify key influences, market events, major healthcare organization alliances, impending legislation, and healthcare demographics.

**Market Overviews** are a vital tool for vendors, consultants, strategic planners and end users stay abreast of market trends and leading players in the healthcare industry.



Learn more about Healthcare Market Overviews...

MAGAZINE | NEWS | RESEARCH | eNEWSLETTERS | HEALTHFAX | ROUNDTABLE | CAREERS | CALENDAR | HOME
ABOUT US | CONTACT US | ADVERTISING/SALES | MARKETPLACE | TERMS OF SERVICE | SUBSCRIBER SERVICES | LOGIN

© 2002, HealthLeaders, Inc.



# ‑HealthLeaders
**R E S E A R C H**

**HOME   MAGAZINE   NEWS   RESEARCH**
LOGIN   SALES   CONTACT US   HEALTH PLAN DATA   MARKET OVERVIEWS
MY HEALTH PLAN STATES      MY HEALTHCARE MARKET OVERVIEWS

## HEALTH PLAN DATA & ANALYSIS

**Magazine**
**November 2003**



STATES COVERED

☑ Data coverage
■ Data/Analysis coverage
☐ Future expansion

### STATES WE CURRENTLY COVER

| | |
|---|---|
| Alabama | New York |
| California | North Carolina |
| Connecticut | Ohio |
| Florida | Pennsylvania |
| Georgia | Rhode Island |
| Kentucky | South Carolina |
| Maine | Tennessee |
| Maryland | Texas |
| Massachusetts | Vermont |
| New Hampshire | Virginia |
| New Jersey | Washington, D.C. |

**Online News**
FREE daily and
weekly emails

**Research**
Health Plans
Market Overviews

**HealthFax**
California fax
newsletter

**Roundtables**
Archives

**Event Listings**
Events Calendar

Submit an event



**LOGIN**
**Login Email Address:**

**Password:**

Login

Forgot your password?

**PRODUCT INFORMATION**
About us
Product Description
Customers
Access and Delivery

**STATES COVERED**
View the States Covered
Future Expansion

**SALES INFORMATION**
Single User Packages
Multi-User Licenses
Contact the Sales Division
Subscribe

**PRESS**
Health Plan Intelligence
Veteran Joins Leadership of
HealthLeaders Research
read more . . .

HealthLeaders, Inc.
announces Health Plan
Intelligence now available in
New England
read more . . .

HealthLeaders, Inc.
announces Health Plan
Intelligence now available in
CA
read more . . .

© 2002, HealthLeaders, Inc.

# EXHIBIT "8"



**InterStudy**
A DIVISION OF DECISION RESOURCES, INC. **Publications**



Get ahead of your competition with...

The InterStudy

# Competitive Edge 13.1

*Databases and Reports*

**Decision Resources**



# Competitive Edge Databases

InterStudy's Competitive Edge Databases are an invaluable tool for users who want to manipulate health maintenance organization (HMO) data. The Competitive Edge 13.1 databases are provided in both Excel® and Access® formats. Included with the databases are HMO Analyzer, Market Analyzer and Directory Profiles which enable you to create specialized charts, customized analyses, and create easy-to-read, pre-programmed reports.

## Key Benefits:

- Support strategic decisions on market entry and new product development
- Track your competitor's growth across lines of business, network size and service area
- Determine the market impact of national managed care firms
- Track market evolution by showing growth, market exits and the impact of mergers
- Improve sales resource allocations and alignment

## The HMO Database 13.1 Features:

- HMO enrollment by product, including commercial, Medicare and Medicaid
- County service area by HMO
- Number of physician and hospital contracts
- Non-HMO managed care products
- Three years of enrollment data
- Pre-programmed Access® queries
- HMO key personnel: Administration, Finance, Medical, Pharmacy, Marketing and Information Systems
- Contact information includes: Mailing Address, Phone Number & Web Site
- National managed care firms trends

## The Regional Market Analysis 13.1 Features:

- **Metro Market Competition**
  - Aggregated HMO penetration
  - Metrics of competition
  - Population by Metropolitan Statistical Area (MSA)
  - Listing of HMOs by MSA

- **Hospital Utilization & Physician Reimbursement (13.1 only)**
  - Hospital utilization indicators such as the number of HMO inpatient days per 1,000 population
  - Reimbursement methods for primary and specialty care physicians

- **Pharmacy Database (newly revised)**
  - Pharmacy Benefit Management Companies used by HMOs for retail and mail order
  - Percentage of total, Medicare and Medicaid HMO enrollees with a pharmacy benefit
  - Average copayments for generic, brand and preferred brand drugs
  - Use of tiered copayment structures

- **Market composition and characteristics**

### Product Specs:

| Data points | Available Formats |
|---|---|
| 13.1- July 1, 2002 | CD-ROM |
| 13.2- January 1, 2003 | Access '97 and 2000 |
| Historical Data Available | Excel '97 and 2000 |

| Planned Release | Updated |
|---|---|
| 13.1- Spring 2003 | Semi-Annually |
| 13.2- Fall 2003 | |



*HMO Analyzer and Market Analyzer samples*

# Competitive Edge Reports

You can count on the of InterStudy's Competitive Edge Reports to assist you in making strategic managed care decisions. These unparalleled reports are written using the industry's most reliable research methods - with HMO survey rates of 90% or better.

## Key Benefits:

- Discover the fastest growing HMOs and determine which states carry the most potential for expansion
- Spot industry shifts to help build your strategic planning
- Benchmark HMO enrollment and business operations
- Examine HMO competition
- Analyze the impact of HMO market structure, activity and performance down to the MSA level

## HMO Directory 13.1

**Features:**

- HMO enrollment by product
- HMOs affiliated with national managed care firms
- Provider networks
- Acquisitions and mergers
- Business affiliation
- Complete contact information
- Licensed service area
- Accreditation status

## Industry Report 13.1

**Features:**

- Analysis of HMO enrollment growth and decline
- HMO enrollment by state and product type
- Top 25 HMO plans ranked by enrollment type and growth
- National managed care firms ranked by HMO enrollment
- Pharmacy benefit management section
- Analysis of provider reimbursement methods

## Regional Market Analysis 13.1

**Features:**

- Complete listing of HMOs operating in over 300 MSAs nationwide
- Total HMO enrollment and penetration rates by MSA
- Estimates of insurance by product type (e.g. Medicare, Medicaid and uninsured by MSA)
- Hospital utilization and physician reimbursement data (13.1 only)
- Financial premiums and revenue (13.2 only)



*Sample listing from the HMO Directory*          *Sample map from the Industry Report*

## Product Specs:

| Data points | Planned Release | Available Formats | Updated |
|---|---|---|---|
| 13.1- July 1, 2002 | 13.1- Spring 2003 | Printed Report | Semi-Annually |
| 13.2- January 1, 2003 | 13.2- Fall 2003 | CD-ROM | |
| Historical Data Available | | Acrobat PDF | |

# InterStudy's Annual Subscription

An Annual Subscription to the Competitive Edge includes all six of the HMO series reports (both 13.1 and 13.2 versions) issued this year. You'll receive both spring & fall versions for each of these three reports:

- The HMO Directory
- The HMO Industry Report
- The Regional Market Analysis

Great advantages are yours when you purchase this all-in-one package:

- Save a significant amount off the purchase price
- Receive the most comprehensive set of HMO data across an entire year
- Receive the most up-to-the-minute industry data before your competitors
- Save time by processing only one invoice



## To order or for more information:

- Call **1-800-844-3351** and a representative can assist you
- Email **sales@interstudypublications.com** with any questions you have
- Visit **www.interstudypublications.com/samples.html** to view samples of these products



Decision Resources, Inc.
260 Charles Street
Waltham, MA 02453

Phone 781-296-2500
Fax    781-296-2550

InterStudy Publications
2610 University Ave West
St. Paul, MN 55114

Toll Free 1-800-844-3351
Phone 651-645-3377
Fax    651-645-3378

**Visit InterStudy Publications at www.interstudypublications.com**
Visit Decision Resources at www.decisionresources.com

# EXHIBIT "9"

## THE LIST

# Health Maintenance Organizations

### RANKED BY NUMBER OF LOCAL MEMBERS

| '03 Rank | Name/ Address | Phone Fax Web | Total local enrolled members | Local commercial members | Local Medicare members | Local Medicaid members | Parent company | Executive/ Title |
|---|---|---|---|---|---|---|---|---|
| 1. | Keystone Health Plan East¹ 1901 Market St. Philadelphia, Pa. 19101 | 215-241-2175 215-241-2228 www.ibx.com | 1,108,497 | 717,204 | 142,506 | 248,697 | Independence Blue Cross | G. Fred Dibona CEO/president |
| 2. | Aetna Health Inc. 980 Jolly Road, P.O. Box 1100 Blue Bell, Pa. 19422 | 484-322-6260 215-775-6700 www.aetna.com | 554,235 | 527,512 | 26,623 | 0 | Aetna Co. | Robert Rach, Sr. CEO/president |
| 3. | Health Partners of Philadelphia 833 Chestnut St., Suite 500 Philadelphia, Pa. 19107 | 215-991-4053 215-849-2132 www.healthpart.com | 147,942 | 0 | 19,264 | 128,678 | Health Partners | Robert Trasatti CEO/president |
| 4. | AmeriChoice of Pa. Wanamaker Building, 100 Penn Square East Philadelphia, Pa. 19425 | 215-832-4500 215-832-4044 www.americhoice.com | 141,622 | 0 | 7,183 | 134,509 | AmeriChoice Corp. | Chris Patterson CEO/president |
| 5. | Horizon (HMO Blue) Three Penn Plaza East Newark, N.J. 07107 | 973-466-4000 NA www.bcbsnj.com | 76,559 | 11,867 | 17,026 | 46,846 | Horizon Blue Cross Blue Shield of New Jersey | William Marino CEO/president |
| 6. | AmeriHealth 8000 Midlantic Drive Mount Laurel, N.J. 08054 | 856-778-6598 NA www.amerihealth.com | 68,695 | 67,813 | 872 | 0 | Independence Blue Cross | Dan Hilferty CEO/president |
| 7. | Cigna Healthcare 2 Righter Parkway 200 Stevens Road Glouster, Del. 19805 | 302-797-3700 302-797-3708 www.cigna.com/healthcare | 43,261 | 43,261 | 0 | 0 | Cigna Corp. | Mike Triplett CEO/president |
| 8. | Health Net 11 Penn Center, 1835 Market St., 10th Floor Philadelphia, Pa. 19103 | 267-675-4742 267-675-4701 www.healthnet.com | 23,711 | 17,140 | 30 | 6,541 | Health Net Life Insurance Co. | Eileen Auen (president, Health Net, Northeast) |
| 9. | Amerigroup 399 Thornall St., 9th Floor Edison, N.J. 08818 | 732-452-6000 732-906-5003 www.amerigroupcorp.com | 6,301 | 0 | 0 | 6,301 | Amerigroup Corp. | Jeffrey McWhirters CEO/president |
| 10. | Oxford Health Plans 399 Thornall St. Edison, N.J. 08808 | 800-969-4694 732-205-4110 www.oxhp.com | 2,711 | 2,711 | 0 | 0 | Oxford Health Plans Inc | Charles Berg CEO/president |
| 11. | United Healthcare 695 Route 46 West Fairfield, N.J. 07004 | 212-216-9400 NA www.uhc.com | 1,629 | 1,629 | 0 | 0 | United Health Group | Robert Sheehy CEO |
| 12. | HealthGuard of Lancaster 280 Granite Run Drive, Suite 105 Lancaster, Pa. 17601 | 717-560-0046 717-560-4560 www.hgguard.com | 986 | 986 | 0 | 0 | HealthGuard of Lancaster Inc. | James Godfrey CEO/president |
| 13. | Keystone Health Plan Central 300 Corporate Center Drive Camp Hill, Pa. 17011 | 717-302-0200 717-302-0271 NA | 686 | 685 | 1 | 0 | Highmark Inc. and Capital Blue Cross | Joseph Pfister CEO/president |
| 14. | Highmark Blue Shield 1800 Center St. Camp Hill, Pa. 17089 | 412-544-7000 717-731-2337 NA | 475 | 475 | 0 | 0 | Highmark Inc. | Kenneth Melani CEO/president |
| 15. | HealthAmerica of Pa. Inc. 3721 TecPort Drive, P.O. Box 67103 Harrisburg, Pa. 17106 | 717-540-4260 717-526-2717 www.cvty.com | 330 | 330 | 0 | 0 | Coventry Healthcare Inc. | Francis Soistman CEO/president |
| 16. | Capital Blue Cross/Pa. Blue Shield 2500 Elmerton Ave. Harrisburg, Pa. 17177 | 717-541-7000 717-541-7405 www.capbluecross.com | 257 | 257 | 0 | 0 | Capital Blue Cross | James Mead CEO/president |
| 17. | Three Rivers Health Plan 300 Oxford Drive Monroeville, Pa. 15146 | 412-858-4000 412-858-4068 NA | 184 | 0 | 0 | 184 | Three Rivers Health Plan Inc. | William Carmichael CEO/president |
| 18. | Keystone Health Plan West Fifth Avenue Place, 120 Fifth Ave Pittsburgh, Pa. 15222 | 412-544-7000 717-731-2337 NA | 182 | 181 | 1 | 0 | Highmark Inc. | Kenneth Melani CEO/president |
| 19. | One Health Plan 3 Campus Drive, Suite 1-E Parsippany, N.J. 08054 | 800-663-8081 610-491-0121 www.onehealthplan.com | 73 | 73 | 0 | 0 | Great-West Healthcare | William McCulloch CEO/president |
| 20. | Geisinger Health Plan 100 N. Academy Ave. Danville, Pa. 17822 | 570-271-8756 570-271-5266 NA | 71 | 71 | 0 | 0 | Geisinger Diversified Services Inc. | Larry Stevenson CEO/president |
| 21. | WellChoice (Empire) 120 Wood Ave, South, Suite 300 Iselin, N.J. 08830 | 888-476-4586 NA www.wellchoice.com | 48 | 48 | 0 | 0 | WellChoice | Glen McCarty CEO |
| 22. | UPMC Health Plan One Chatham Center, Suite 112 Washington Place Pittsburgh, Pa. 15219 | 412-454-7500 800-425-7806 NA | 37 | 35 | 0 | 2 | University of Pittsburgh Medical Center | Patricia Lautenman CEO/president |
| 23. | Coventry Health Care of Pa. 2751 Centerville Road, Suite 400 Wilmington, Del. 19808 | 302-995-6100 306-996-6057 www.cvty.com | 12 | 12 | 0 | 0 | Coventry Healthcare Inc. | Ronald Challen CEO/president, Delaware |

Ties listed alphabetically. NA=Not available, WND=Would not disclose.
Sources: Pennsylvania Department of Health, Bureau of Managed Care; New Jersey Department of Insurance, Managed Care Bureau; Hoover's Online

Footnote: Keystone Health Plan East's local medicaid members are members of Keystone Mercy Health Plan, a joint venture of Keystone Health Plan East and Mercy Health.

All figures are based on total local HMO enrolled members in the Philadelphia region, as determined by the Pennsylvania Bureau of Managed Care, and the counties of Burlington, Camden and Gloucester in New Jersey. Pennsylvania local enrollment figures listed as of 12/31/2002 and New Jersey local enrollment figures listed as of 3/31/2003 were combined to determine the total local enrolled members.

If you would like to receive an editorial calendar for upcoming lists, please send your company name, contact person and fax number to sohers@bizjournals.com.

Researched by: Sharon Oliver



eBizlists is the electronic version of the Book of Lists. To order call 1-800-486-3289

**Next week's Lists: Office Parks/South Jersey SBA Lenders**

# EXHIBIT "10"

## Confidentiality and Data Use Agreement

This agreement is made on the _____ day of _____, year _____ by and between the Pennsylvania Health Care Cost Containment Council ("PHC4") and _____
_____ (the "Applicant" for data).

This agreement sets forth the terms and conditions pursuant to Act 89 as amended by Act 2003-14 for applying for and receiving data from PHC4.

The Parties agree as follows:

<u>**1. CONFIDENTIALITY**</u>

A.  All applicants, contractors, and subcontractors, are prohibited from releasing data which a) could reasonably be expected to reveal the identity of an individual patient, b) does not simultaneously disclose payment, as well as provider quality and provider service effectiveness, c) could reasonably be expected to reveal the identity of any purchaser, d) relate actual payments to any identified provider made by any purchaser, e) disclose discounts or differentials between payments accepted by providers for their billed charges obtained by identified payers from identified providers.

B.  Applicants, contractors, or subcontractors of the data are prohibited from using the data to attempt to identify an individual. Using the data for the purpose of disciplining, discharging, or penalizing an employee of the Applicant is also prohibited.

C.  Applicants, contractors, or subcontractors handling PHC4 data shall use appropriate safeguards to prevent use or disclosure of data other than as permitted by this agreement.

D.  Any linkage to other data sets is prohibited without notification of and consent of PHC4.

<u>**2. CONTRACTORS AND SUB-CONTRACTORS (THIRD PARTIES)**</u>

A.  Applicant shall ensure that any contractors or subcontractors, to whom it provides PHC4 data, agree to the same restrictions and conditions that apply to the Applicant with respect to such information. Upon request, the Applicant shall provide PHC4 with a copy of the contract binding any contractors or subcontractors to maintain applicable conditions and restrictions on the use of PHC4 data.

B.  All data supplied to a third party for use in this project must be returned to the original Applicant upon completion of the project.

C.  .If PHC4 data are linked to other data sets and if a contractor or subcontractor does the linking, the PHC4 data shall be returned to the Applicant following the linking of these data.

<u>**3. DUPLICATION OF DATA**</u>

No copies of data sets that include PHC4 data (including linked data sets) will be made or distributed without consent of both the Applicant and the Pennsylvania Health Care Cost Containment Council.

<u>**4. USE OF DATA**</u>

The Applicant, contractors, and subcontractors shall not use or further disclose PHC4 data other than for purposes specifically identified on this application. Prior, written consent from PHC4 must be obtained to use the data for reasons other than the Applicant's originally stated purpose. Any unauthorized use will be subject to the Penalties of Section 10 of Act 89, as amended by 2003-14.

<u>**5. RESALE, RELEASE, AND PUBLISHING OF DATA OR ANALYSIS**</u>

A.  The Applicant, contractors, and subcontractors shall not resell or release the data provided by PHC4 or the resulting analyses, nor shall they resell or release software products containing the data or resulting analyses without prior consent from the Applicant and the Pennsylvania Health Care Cost Containment Council.

B.  Applicants are prohibited from publishing data or results without the express written consent of and under the terms and conditions developed and approved by the Council.  Patient-level or unaltered data as received by the applicant may not be published. If the Applicant is granted approval by PHC4 to publish via print or electronic methods, the analysis resulting from the use of PHC4 data, the following statement must be included in such publication or any other release of the data:

> "The Pennsylvania Health Care Cost Containment Council (PHC4) is an independent state agency responsible for addressing the problem of escalating health costs, ensuring the quality of health care, and increasing access to health care for all citizens regardless of ability to pay.  PHC4 has provided data to this entity in an effort to further PHC4's mission of educating the public and containing health care costs in Pennsylvania.
>
> PHC4, its agents and staff, have made no representation, guarantee, or warranty, express or implied, that the data -- financial, patient, payor, and physician specific information -- provided to this entity, are error-free, or that the use of the data will avoid differences of opinion or interpretation.
>
> This analysis was not prepared by PHC4.  This analysis was done by [Entity Name].  PHC4, its agents and staff, bear no responsibility or liability for the results of the analysis, which are solely the opinion of this entity."

A copy of any published materials or study results shall be made available to the Pennsylvania Health Care Cost Containment Council upon request.

C.  If the Applicant is approved by PHC4 to publish analysis via the Internet, a listing of all domain names and URLs owned by the purchaser must be provided to PHC4.  PHC4 has the right to seek immediate legal relief for any violations for unauthorized posting of data on Web sites.

## 6.  DISCLOSURE REQUIRED BY LAW

No person may release PHC4 data in response to a Subpoena or Court Order without immediate, written notification to PHC4 of such potential release. PHC4 reserves the right to respond and intervene in order to ensure the protection of Section 10 of Act 89 as amended by Act 2003-14.

## 7.  REPORT OF BREACH

The Applicant, contractors, or subcontractors must provide PHC4 with immediate written notice if it becomes aware of any violations of the understandings herein or of any related violations.

## 8.  HOLD HARMLESS

Applicant agrees to indemnify, defend and hold harmless PHC4, its directors, officers, agents, and employees against all claims, demands, or causes of action that may arise from Applicants employees, agents, or independent contractors improper disclosure of the data and from any intentional or negligent acts or omissions.  Indemnification would include payment to PHC4 of reasonable attorney's fees for counsel to be selected by PHC4.

## 9.  TERMINATION

A.  Original Applicant must destroy all data or copies of data upon termination of this agreement.

B.  This Agreement shall terminate when work related directly to the purpose specifically provided on the attached application has been completed. Applicant must notify PHC4 in writing of the completion of the project.

C.  This agreement may be terminated by PHC4 upon 30 days prior written notice to Applicant.

D.  PHC4 may terminate this Agreement immediately upon written notice to the Applicant if PHC4 determines that the Applicant has breached or violated a material term of this Agreement.

## 10.  DISCLAIMER

The Pennsylvania Health Care Cost Containment Council's database contains statewide hospital discharge data. Every reasonable effort has been made to ensure the accuracy of the information obtained from the Uniform Claims and Billing Form (UB-82/92) data elements. Computer collection edits and validation edits provide opportunity for staff to correct financial, patient, payor and physician specific errors that may have occurred prior to, during or after submission of data.  The ultimate responsibility for data accuracy lies with individual providers.

The Pennsylvania Health Care Cost Containment Council, agents and staff make no representation, guarantee, or warranty, expressed or implied, that the data -- including financial, patient, payor and physician specific information -- are error-free, or that the use of this data will prevent differences of opinion or disputes with those who use published reports or purchased data. The Pennsylvania Health Care Cost Containment Council will bear no responsibility or liability for the results or consequences of its use.

By signing this application, I am attesting that I have read the above disclaimer and agree to its content. I understand that the Pennsylvania Health Care Cost Containment Council will not be held liable for the results or consequences of using Pennsylvania Health Care Cost Containment Council data. I am also attesting that the specifications and purpose I have provided on the above form are true and complete and will satisfy my needs for this request.   I will not utilize the data for any other purposes than stated above unless I have notified and received prior approval from the Council.

## 11.  PURCHASER STATEMENT OF EMPLOYEE NOTIFICATION  (Applies to Health Care Purchasers Only)

All Applicants who are Purchasers as defined by Act 89 of 1986 must carefully read and sign the statement below.  A Purchaser as defined by Act 89 (as amended by Act 14 of 2003) is "All corporations, labor organizations and other entities that purchase benefits which provide covered services for their employees or members, either through a health care insurer or by means of a self-funded program of benefits, and a certified bargaining representative that represents a group or groups of employees for whom employers purchase a program of benefits which provide covered services, but excluding entities defined in this Act as "health care insurers."

I understand that notice will be given to my employees that information has been requested on the health care services, which they, or dependents that are covered under the purchaser's health care insurance, have received. I agree to post this notice in a prominent location where other similar employee notices are posted. I also understand that I am prohibited from using the data to attempt to identify an individual or to use the data for purposes of disciplining, discharging or penalizing an employee.

## 12.  PENALTIES

Penalties for non-compliance are described in Act 89 as amended by Act 2003-14, Section 10.

As an Applicant, contractor, or subcontractor of the Pennsylvania Health Care Cost Containment Council data, I have read and understand the above terms and conditions associated with access to PA Health Care Cost Containment Council data.  All statements entered in this application are true, complete, and correct to the best of my knowledge and belief. Further, I agree to abide by any restrictions noted in this application.   As an Applicant, I agree to pay such reasonable charges, as the Pennsylvania Health Care Cost Containment Council shall deem sufficient to cover the costs of providing such data to me, within ten days of receipt of an invoice.

6

**IN WITNESS WHEREOF,** the parties have executed this Confidentiality and Data Use Agreement the day and year first written above.

Signatures are required by any person involved in the project that will be analyzing PHC4 data, including contractors and subcontractors.

_____          _____
Project Director's Signature & Date                Signature & Date

_____          _____
Printed Name                                              Printed Name

_____          _____
Organization                                             Organization

_____          _____
Signature & Date                                       Signature & Date

_____          _____
Printed Name                                            Printed Name

_____          _____
Organization                                             Organization

_____          _____
Signature & Date                                       Signature & Date

_____          _____
Printed Name                                            Printed Name

_____          _____
Organization                                             Organization

The tables on the following pages provide hospital-specific financial data for the 185 general acute care hospitals covered in this report. The hospitals have been arranged by PHC4's nine regions.

Included in these tables are the FY02 operating and total margins for each individual hospital. The corresponding operating income and total income expressed in dollars, as well as each hospital's total operating revenue, can be found on PHC4's Web site at www.phc4.org. (Note: Comparing net patient revenue to total operating expenses will not provide operating income or operating margin. Operating revenue from the PHC4 Web site must be used

to compute operating income.)

Averages for all of the hospitals in the region are presented in the first row of each table. The regional averages that are expressed as a percentage (e.g., "3-Year Average Change in NPR" and "Operating Margin") are calculated as if the entire region were a single reporting entity. For example, the regional average operating margins are calculated by adding the operating income and the operating revenue for all hospitals in the region. The regional total operating income is divided by the regional total operating revenue to yield a regional average operating margin.



# INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 1 Average | $126 | $113 | $104 | $105 | 2.56% | $129 | $119 | $112 | $111 | 1.64% |
| Aliquippa Community [5] | $26 | $21 | $30 | $36 | -9.05% | $30 | $32 | $53 | $42 | -9.64% |
| Allegheny General [5] | $409 | $393 | $400 | $440 | -2.39% | $451 | $429 | $444 | $481 | -2.08% |
| Alle-Kiski [5] | $90 | $89 | $69 | $66 | 12.05% | $92 | $89 | $72 | $80 | 4.88% |
| Armstrong County Memorial [5] | $58 | $55 | $54 | $51 | 4.68% | $60 | $57 | $53 | $51 | 5.47% |
| Brownsville General [5] | $20 | $19 | $18 | $20 | -0.90% | $21 | $21 | $20 | $21 | 0.89% |
| Butler Memorial [5] | $104 | $93 | $83 | $76 | 12.27% | $101 | $90 | $81 | $75 | 11.62% |
| Canonsburg General [5] | $37 | $34 | $32 | $30 | 8.04% | $36 | $33 | $34 | $34 | 2.33% |
| Children's Hosp Pgh | $198 | $188 | $175 | $169 | 5.57% | $245 | $220 | $208 | $197 | 8.05% |
| Forbes Regional [5,6] | $103 | $96 | $92 | $94 | 3.19% | $110 | $102 | $108 | $116 | -1.73% |
| Frick [5] | $43 | $41 | $40 | $40 | 1.96% | $45 | $44 | $42 | $42 | 2.02% |
| Greene County Memorial [5] | $23 | $23 | $22 | $23 | 0.79% | $25 | $24 | $26 | $26 | -0.97% |
| Highlands [5] | $21 | $20 | $17 | $19 | 4.22% | $21 | $20 | $19 | $20 | 2.83% |
| Jeannette Memorial [5] | $43 | $39 | $35 | $36 | 6.65% | $50 | $45 | $39 | $37 | 12.33% |
| Jefferson Regional [5,6] | $123 | $106 | $120 | $124 | -0.28% | $138 | $126 | $136 | $136 | 0.54% |
| Latrobe Area [5] | $110 | $101 | $97 | $104 | 1.90% | $114 | $100 | $104 | $105 | 2.87% |
| Magee-Womens | $153 | $133 | $128 | $121 | 8.72% | $160 | $141 | $133 | $145 | 3.50% |
| Medical Center Beaver [5] | $151 | $142 | $136 | $143 | 1.90% | $158 | $150 | $149 | $146 | 2.67% |
| Mercy Pittsburgh [1,5] | $228 | $211 | $200 | $215 | 2.03% | $227 | $218 | $214 | $228 | -0.09% |
| Mercy Providence [1,5] | $26 | $23 | $23 | $25 | 1.80% | $28 | $25 | $26 | $28 | 0.40% |
| Monongahela Valley [5] | $86 | $78 | $75 | $77 | 4.23% | $87 | $80 | $76 | $77 | 4.32% |
| Monsour [5,14] | $14 | NR | NR | $20 | -10.43% | $19 | NR | NR | $24 | -7.28% |
| Ohio Valley General [5] | $47 | $43 | $39 | $39 | 6.59% | $49 | $45 | $45 | $43 | 4.97% |
| Sewickley Valley [5] | $86 | $80 | $78 | $81 | 1.98% | $97 | $88 | $87 | $88 | 3.28% |
| St Clair Memorial [5] | $121 | $107 | $98 | $95 | 9.00% | $129 | $111 | $104 | $100 | 9.38% |
| Suburban General/Pgh [5] | $32 | $28 | $28 | $27 | 6.08% | $34 | $31 | $31 | $30 | 4.24% |
| Uniontown [5,14] | $78 | $75 | $71 | $72 | 2.79% | $77 | $74 | $69 | $71 | 2.86% |
| UPMC Braddock [5] | $40 | $38 | $40 | $41 | -0.50% | $41 | $38 | $40 | $42 | -0.49% |
| UPMC McKeesport [5] | $78 | $78 | $75 | $72 | 2.63% | $81 | $78 | $73 | $72 | 4.09% |
| UPMC Passavant [5] | $110 | $104 | $98 | $90 | 7.52% | $115 | $104 | $95 | $87 | 10.48% |
| UPMC Presbyterian [5] | $920 | $795 | $707 | $709 | 9.91% | $835 | $759 | $710 | $691 | 6.93% |
| UPMC Shadyside | $267 | $258 | $238 | $234 | 4.71% | $281 | $258 | $247 | $227 | 7.91% |
| UPMC South Side [5] | $45 | $39 | $38 | $37 | 6.93% | $48 | $43 | $38 | $37 | 9.36% |
| UPMC St Margaret [5] | $112 | $96 | $84 | $83 | 11.98% | $110 | $97 | $87 | $86 | 9.18% |
| Washington [5] | $154 | $146 | $135 | $131 | 5.96% | $164 | $149 | $142 | $135 | 7.06% |
| Western Pennsylvania [5] | $246 | $222 | $214 | $210 | 5.63% | $257 | $233 | $221 | $218 | 5.97% |
| Westmoreland Regional [5] | $123 | $114 | $109 | $106 | 5.24% | $126 | $114 | $107 | $107 | 5.89% |

See footnotes on pages 42 and 43.

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 1 Average | 3.98% | 4.27% | 3.60% | 3.75% | 47.35% | 7.92% |
| Aliquippa Community [5] | -13.56% | -13.49% | -40.41% | 6.06% | 52.95% | 28.20% |
| Allegheny General [5] | -0.49% | -0.49% | -1.63% | 3.65% | 44.05% | 7.73% |
| Alle-Kiski [5] | -0.75% | -0.75% | 0.18% | 3.94% | 59.08% | 4.10% |
| Armstrong County Memorial [5] | -1.70% | -0.91% | 1.15% | 4.88% | 49.81% | 5.80% |
| Brownsville General [5] | -7.09% | -6.04% | -6.18% | 1.94% | 66.40% | 5.93% |
| Butler Memorial [5] | 4.41% | 6.99% | 8.06% | 3.99% | 51.62% | 7.57% |
| Canonsburg General [5] | 5.48% | 5.48% | 3.66% | 4.24% | 56.01% | 1.76% |
| Children's Hosp Pgh | 1.80% | -3.39% | 3.47% | 2.73% | 5.28% | 27.53% |
| Forbes Regional [5,6] | -2.91% | -3.71% | -5.48% | 4.08% | 53.23% | 4.27% |
| Frick [5] | -3.07% | -2.90% | -3.58% | 2.82% | 59.39% | 8.06% |
| Greene County Memorial [5] | -6.14% | -3.28% | 0.76% | 4.97% | 57.94% | 6.29% |
| Highlands [5] | 0.56% | 3.10% | -1.39% | 3.95% | 52.01% | 15.58% |
| Jeannette Memorial [5] | -16.92% | -13.85% | -9.07% | 2.97% | 55.21% | 4.62% |
| Jefferson Regional [5,6] | -7.61% | -7.47% | -9.10% | 3.39% | 59.40% | 3.09% |
| Latrobe Area [5] | -0.27% | 3.70% | 3.61% | 4.40% | 48.59% | 4.63% |
| Magee-Womens | 0.98% | 1.17% | 4.76% | 1.90% | 6.36% | 19.43% |
| Medical Center Beaver [5] | -2.17% | -1.60% | -0.74% | 3.18% | 51.93% | 5.21% |
| Mercy Pittsburgh [1,5] | 5.74% | 5.74% | 3.49% | 6.31% | 58.66% | 7.98% |
| Mercy Providence [1,5] | -5.92% | -5.92% | -7.52% | 10.96% | 53.18% | 15.36% |
| Monongahela Valley [5] | 0.45% | 1.55% | 3.07% | 3.85% | 66.14% | 6.56% |
| Monsour [5,14] | -29.83% | -29.83% | NR | 7.35% | NR | NR |
| Ohio Valley General [5] | 2.86% | 2.28% | 8.13% | 5.93% | 54.64% | 3.14% |
| Sewickley Valley [5] | 0.73% | 1.24% | 3.68% | 4.16% | 47.88% | 3.28% |
| St Clair Memorial [5] | 1.61% | 2.59% | 4.08% | 3.28% | 50.27% | 0.95% |
| Suburban General/Pgh [5] | -4.09% | -4.09% | -2.25% | 4.54% | 70.99% | 1.95% |
| Uniontown [5,14] | 2.86% | 3.73% | 5.65% | 5.73% | 57.20% | 11.33% |
| UPMC Braddock [5] | 1.38% | 1.38% | 1.07% | 4.26% | 64.00% | 16.19% |
| UPMC McKeesport [5] | 0.51% | 1.24% | 3.84% | 2.96% | 72.26% | 8.62% |
| UPMC Passavant [5] | -1.36% | -0.83% | 3.10% | 2.03% | 59.16% | 0.91% |
| UPMC Presbyterian [5] | 18.00% | 18.16% | 14.56% | 2.84% | 41.49% | 8.27% |
| UPMC Shadyside | 1.20% | 3.17% | 7.16% | 4.61% | 56.91% | 4.18% |
| UPMC South Side [5] | 0.34% | 0.86% | 3.07% | 6.93% | 57.82% | 7.71% |
| UPMC St Margaret [5] | 7.45% | 7.89% | 7.46% | 1.96% | 52.11% | 2.02% |
| Washington [5] | -0.43% | 1.31% | 2.57% | 2.65% | 49.73% | 7.99% |
| Western Pennsylvania [5] | 2.95% | 2.95% | 2.57% | 5.09% | 45.66% | 7.79% |
| Westmoreland Regional [5] | 0.00% | 0.11% | 4.17% | 4.56% | 53.20% | 3.78% |

See footnotes on pages 42 and 43.  * Check Web site for dollar figures.

# INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 2 Average | $53 | $49 | $46 | $43 | 4.44% | $55 | $50 | $48 | $45 | 4.40% |
| Bradford Regional [5] | $47 | $42 | $41 | $42 | 4.15% | $50 | $44 | $42 | $45 | 4.18% |
| Brookville [5] | $23 | $22 | $21 | $21 | 3.41% | $23 | $23 | $22 | $21 | 2.82% |
| Charles Cole Memorial [5] | $43 | $40 | $37 | $36 | 6.70% | $49 | $43 | $39 | $37 | 10.74% |
| Clarion [5] | $36 | $32 | $29 | $29 | 8.00% | $36 | $33 | $31 | $30 | 6.50% |
| Clearfield [5] | $48 | $44 | $42 | $41 | 5.08% | $47 | $44 | $44 | $45 | 1.09% |
| Corry Memorial [5] | $18 | $15 | $15 | $14 | 10.36% | $17 | $15 | $16 | $15 | 5.68% |
| DuBois Regional [5] | $99 | $91 | $84 | $78 | 9.32% | $100 | $91 | $82 | $75 | 10.63% |
| Elk Regional [5] | $45 | $44 | $41 | $34 | 10.89% | $45 | $44 | $41 | $34 | 11.31% |
| Ellwood City [5] | $27 | $25 | $23 | $23 | 5.16% | $29 | $27 | $26 | $25 | 5.22% |
| Hamot [5] | $170 | $157 | $151 | $142 | 6.46% | $172 | $156 | $155 | $144 | 6.36% |
| Jameson Memorial [5] | $65 | $64 | $60 | $57 | 4.87% | $69 | $67 | $63 | $62 | 3.72% |
| Kane Community | $13 | $11 | $10 | $9 | 12.63% | $13 | $11 | $10 | $9 | 12.78% |
| Meadville [5] | $71 | $67 | $65 | $64 | 3.73% | $76 | $68 | $67 | $68 | 3.91% |
| Metro Health Center [5] | $14 | $15 | $15 | $18 | -7.58% | $18 | $17 | $18 | $20 | -2.90% |
| Millcreek Community [5,14] | $26 | $23 | $24 | $21 | 8.47% | $27 | $24 | $22 | $20 | 12.76% |
| Punxsutawney Area | $23 | $21 | $20 | $19 | 7.61% | $24 | $22 | $21 | $20 | 7.40% |
| Saint Vincent Health [5,6,8] | $162 | $152 | $143 | $148 | 3.13% | $167 | $153 | $155 | $148 | 4.18% |
| Sharon Regional [5] | $105 | $97 | $85 | $79 | 11.21% | $115 | $107 | $88 | $81 | 14.33% |
| Titusville Area [5] | $26 | $26 | $22 | $22 | 5.92% | $27 | $25 | $22 | $21 | 8.50% |
| Union City Memorial [1,2,8,11,14] | $1 | $5 | $5 | $5 | NA | $2 | $6 | $5 | $5 | NA |
| United Community [5] | $29 | $28 | $27 | $26 | 3.78% | $29 | $27 | $26 | $25 | 5.57% |
| UPMC Horizon [5] | $87 | $78 | $76 | $69 | 8.97% | $84 | $77 | $74 | $72 | 5.47% |
| UPMC Northwest [5] | $65 | $63 | $60 | $60 | 2.81% | $64 | $62 | $61 | $62 | 0.82% |
| Warren General [5] | $37 | $36 | $33 | $34 | 3.13% | $37 | $40 | $36 | $35 | 1.75% |

See footnotes on pages 42 and 43.

## INDIVIDUAL HOSPITAL DATA

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 2 Average | 0.23% | 0.50% | 1.13% | 4.10% | 47.43% | 8.18% |
| Bradford Regional [5] | -3.06% | -2.15% | 0.60% | 1.90% | 43.07% | 16.38% |
| Brookville [5] | 0.05% | 1.03% | -1.85% | 4.01% | 56.36% | 4.52% |
| Charles Cole Memorial [5] | -10.34% | -10.34% | -3.28% | 2.81% | 28.14% | 19.89% |
| Clarion [5] | 3.63% | 3.11% | 1.41% | 3.38% | 46.28% | 7.03% |
| Clearfield [5] | 4.12% | 4.12% | 2.18% | 3.52% | 57.38% | 4.62% |
| Corry Memorial [5] | 5.58% | 6.65% | 2.92% | 5.61% | 44.94% | 6.21% |
| DuBois Regional [5] | 1.56% | 2.81% | 4.21% | 2.49% | 44.62% | 9.86% |
| Elk Regional [5] | 1.69% | 2.44% | 2.40% | 7.18% | 46.07% | 11.49% |
| Ellwood City [5] | -3.61% | -5.06% | 0.69% | 4.21% | 54.76% | 3.08% |
| Hamot [5] | 2.14% | 2.45% | 2.36% | 3.12% | 46.19% | 6.36% |
| Jameson Memorial [5] | 4.34% | 4.21% | 2.48% | 2.87% | 59.10% | 3.25% |
| Kane Community | 2.02% | 2.71% | 3.18% | 3.45% | 54.10% | 3.86% |
| Meadville [5] | -3.93% | -3.06% | 0.35% | 3.57% | 44.41% | 12.42% |
| Metro Health Center [5] | -26.46% | -25.17% | -12.97% | 14.22% | 50.76% | 11.03% |
| Millcreek Community [5,14] | 1.23% | 4.18% | 10.54% | 8.90% | 37.60% | 17.16% |
| Punxsutawney Area | -2.18% | -1.09% | 0.50% | 6.28% | 45.44% | 9.21% |
| Saint Vincent Health [5,6,8] | -0.99% | -2.95% | -2.75% | 5.22% | 47.28% | 7.00% |
| Sharon Regional [5] | -1.09% | -2.07% | -0.39% | 2.45% | 47.04% | 9.19% |
| Titusville Area [5] | -2.68% | -1.44% | 1.66% | 5.45% | 55.57% | 11.54% |
| Union City Memorial [1,2,8,11,14] | -110.71% | -104.39% | -21.84% | 19.98% | 67.80% | 2.95% |
| United Community [5] | 1.29% | 6.50% | 8.65% | 3.47% | 44.48% | 2.33% |
| UPMC Horizon [5] | 5.51% | 6.02% | 5.09% | 5.18% | 49.61% | 6.24% |
| UPMC Northwest [5] | 3.95% | 5.18% | 4.12% | 4.18% | 51.35% | 5.97% |
| Warren General [5] | 0.02% | 0.98% | -0.20% | 5.45% | 44.82% | 3.62% |

See footnotes on pages 42 and 43.   * Check Web site for dollar figures.