# INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 3 Average | $59 | $53 | $51 | $50 | 6.38% | $62 | $55 | $53 | $53 | 5.57% |
| Altoona [5] | $146 | $134 | $139 | $134 | 2.94% | $160 | $145 | $144 | $135 | 6.14% |
| Bon Secours Holy Family [1,5] | $63 | $51 | $50 | $54 | 5.90% | $62 | $54 | $50 | $55 | 4.79% |
| Conemaugh Valley Memorial [5] | $214 | $184 | $167 | $168 | 9.14% | $220 | $188 | $183 | $190 | 5.42% |
| Indiana Regional [5] | $68 | $61 | $56 | $55 | 7.62% | $67 | $60 | $57 | $56 | 6.58% |
| Meyersdale Community | $6 | $6 | $5 | $5 | 3.60% | $6 | $6 | $6 | $6 | 4.50% |
| Miners [11,14] | $12 | $12 | $11 | $10 | 7.35% | $14 | $15 | $14 | $12 | 5.91% |
| Nason [14] | $20 | $16 | $14 | $14 | 12.95% | $19 | $16 | $16 | $15 | 10.02% |
| Somerset Center Health [5] | $43 | $41 | $39 | $38 | 4.41% | $42 | $40 | $38 | $37 | 4.49% |
| Tyrone | $10 | $11 | $11 | $9 | 1.42% | $12 | $12 | $10 | $10 | 8.26% |
| UPMC Bedford | $24 | $24 | $23 | $20 | 7.43% | $23 | $22 | $21 | $20 | 4.92% |
| UPMC Lee Regional [5] | $88 | $82 | $79 | $74 | 6.02% | $86 | $84 | $80 | $78 | 3.33% |
| Windber [5] | $21 | $18 | $17 | $18 | 5.85% | $26 | $24 | $21 | $20 | 9.35% |

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 4 Average | $55 | $50 | $47 | $44 | 5.61% | $57 | $52 | $48 | $46 | 5.48% |
| Berwick [1,5,10] | $32 | $29 | $26 | $19 | NA | $30 | $27 | $26 | $23 | NA |
| Bloomsburg [5,14] | $28 | $26 | $25 | $25 | 4.11% | $31 | $29 | $28 | $27 | 4.76% |
| Bucktail [5] | $4 | $3 | $3 | $3 | 6.79% | $4 | $4 | $4 | $3 | 5.99% |
| Centre Community Hosp [5] | $74 | $70 | $60 | $61 | 7.41% | $75 | $70 | $61 | $60 | 7.87% |
| Evangelical Community [5,14] | $73 | $70 | $63 | $54 | 11.87% | $73 | $68 | $59 | $53 | 12.64% |
| Geisinger/Danville [5,6] | $292 | $262 | $254 | $229 | 9.22% | $313 | $289 | $260 | $250 | 8.42% |
| Jersey Shore [5] | $17 | $15 | $13 | $12 | 12.33% | $17 | $15 | $14 | $13 | 9.03% |
| Lewistown [5] | $53 | $50 | $49 | $46 | 4.66% | $53 | $51 | $46 | $46 | 5.49% |
| Lock Haven [5] | $23 | $24 | $23 | $23 | -0.40% | $27 | $25 | $25 | $24 | 3.83% |
| Muncy Valley [5] | $22 | $19 | $18 | $18 | 7.87% | $21 | $19 | $18 | $18 | 5.76% |
| Philipsburg Area | $16 | $15 | $12 | $14 | 5.25% | $16 | $15 | $13 | $14 | 4.90% |
| Shamokin Area Community [5] | $20 | $17 | $16 | $15 | 11.25% | $19 | $17 | $16 | $16 | 6.87% |
| Soldiers & Sailors [5] | $29 | $26 | $25 | $24 | 6.68% | $30 | $27 | $25 | $24 | 8.31% |
| Sunbury Community [5] | $26 | $26 | $24 | $21 | 8.64% | $32 | $29 | $26 | $25 | 9.63% |
| Williamsport [5] | $111 | $102 | $99 | $94 | 6.02% | $120 | $102 | $96 | $91 | 10.65% |

See footnotes on pages 42 and 43.

## INDIVIDUAL HOSPITAL DATA

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 3 Average | 0.39% | -0.19% | 1.58% | 4.16% | 49.96% | 6.09% |
| Altoona [5] | -7.00% | -5.97% | -1.42% | 3.04% | 43.35% | 6.91% |
| Bon Secours Holy Family [1,5] | 3.24% | 3.69% | 1.74% | 5.27% | 59.02% | 6.82% |
| Conemaugh Valley Memorial [5] | 2.48% | 0.20% | 1.38% | 5.01% | 52.74% | 5.60% |
| Indiana Regional [5] | 2.94% | -0.43% | 3.79% | 4.95% | 48.49% | 5.65% |
| Meyersdale Community | -8.18% | -6.35% | -6.64% | 6.12% | 76.06% | 2.28% |
| Miners [11,14] | -11.11% | -9.18% | -11.05% | 5.75% | NR | NR |
| Nason [14] | 4.39% | 4.12% | 3.08% | 2.62% | NR | NR |
| Somerset Center Health [5] | 2.53% | 3.23% | 4.97% | 3.18% | 42.45% | 10.64% |
| Tyrone | -22.69% | -21.80% | -5.25% | 9.97% | 47.06% | 6.09% |
| UPMC Bedford | 7.42% | 8.74% | 9.62% | 2.83% | 39.52% | 5.70% |
| UPMC Lee Regional [5] | 3.82% | 4.20% | 4.96% | 2.75% | 55.45% | 5.67% |
| Windber [5] | 1.78% | 2.29% | -0.18% | 3.91% | 63.29% | 3.36% |

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 4 Average | 0.05% | 0.40% | 2.70% | 4.00% | 41.57% | 6.04% |
| Berwick [1,5,10] | 7.25% | 4.06% | 2.84% | 5.08% | 51.49% | 7.19% |
| Bloomsburg [5,14] | -8.15% | -6.87% | -5.88% | 3.37% | 22.54% | 8.63% |
| Bucktail [5] | -0.10% | 3.80% | -0.80% | 8.78% | 43.55% | 26.55% |
| Centre Community Hosp [5] | 1.27% | 2.06% | 2.69% | 4.30% | 39.11% | 3.66% |
| Evangelical Community [5,14] | 4.94% | 6.49% | 8.89% | 2.54% | 38.10% | 2.67% |
| Geisinger/Danville [5,6] | -1.73% | -2.03% | 1.96% | 2.42% | 40.44% | 5.09% |
| Jersey Shore [5] | 3.91% | 4.17% | 1.82% | 3.65% | 42.18% | 2.23% |
| Lewistown [5] | 1.17% | 3.23% | 6.32% | 5.00% | 50.38% | 6.48% |
| Lock Haven [5] | -12.39% | -12.86% | -5.52% | 5.12% | 40.09% | 12.35% |
| Muncy Valley [5] | 4.02% | 4.88% | 5.08% | 3.05% | 30.07% | 24.35% |
| Philipsburg Area | 1.32% | 1.64% | 0.22% | 13.36% | 39.39% | 6.52% |
| Shamokin Area Community [5] | 9.71% | 10.32% | 6.94% | 4.89% | 63.31% | 3.36% |
| Soldiers & Sailors [5] | -0.81% | -0.34% | 1.80% | 7.15% | 42.50% | 8.99% |
| Sunbury Community [5] | -12.84% | -10.93% | -2.52% | 5.73% | 48.80% | 6.42% |
| Williamsport [5] | 2.86% | 3.23% | 3.78% | 5.34% | 42.70% | 5.76% |

See footnotes on pages 42 and 43.   * Check Web site for dollar figures.

# INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 5 Average | $128 | $117 | $109 | $103 | 8.07% | $130 | $119 | $112 | $107 | 7.03% |
| Carlisle Regional MC [1,2,5,7,10] | $22 | $66 | $62 | $56 | NA | $21 | $75 | $64 | $60 | NA |
| Chambersburg [5] | $127 | $115 | $103 | $96 | 10.98% | $123 | $113 | $101 | $94 | 10.09% |
| Community Lancaster [1,3,5,10] | $46 | $41 | $9 | $36 | 8.75% | $40 | $35 | $8 | $42 | -1.41% |
| Ephrata Community [5] | $78 | $65 | $70 | $56 | 13.20% | $75 | $61 | $71 | $55 | 12.44% |
| Fulton County [5] | $17 | $15 | $15 | $15 | 6.01% | $17 | $16 | $15 | $14 | 6.56% |
| Gettysburg [5] | $53 | $52 | $46 | $42 | 8.31% | $54 | $51 | $45 | $43 | 8.78% |
| Good Samaritan/Lebanon [5] | $95 | $86 | $83 | $80 | 5.92% | $93 | $85 | $83 | $80 | 5.48% |
| Hanover Hosp [14] | $67 | $63 | $59 | $57 | 6.09% | $69 | $64 | $57 | $53 | 9.88% |
| Holy Spirit [5] | $129 | $114 | $105 | $96 | 11.29% | $133 | $116 | $107 | $96 | 12.72% |
| J C Blair Memorial [5] | $29 | $28 | $28 | $27 | 2.20% | $32 | $31 | $30 | $29 | 3.37% |
| Lancaster Gen/Susquehanna [5] | $13 | $12 | $12 | $10 | 12.91% | $15 | $15 | $13 | $10 | 16.06% |
| Lancaster General [5] | $341 | $282 | $252 | $230 | 16.03% | $341 | $299 | $262 | $238 | 14.29% |
| Lancaster Regional [1,3,5,10] | $88 | $21 | $72 | $69 | 9.16% | $76 | $19 | $76 | $101 | -8.01% |
| Memorial York [5] | $53 | $50 | $48 | $45 | 5.84% | $55 | $51 | $48 | $46 | 6.37% |
| Milton S Hershey [5] | $358 | $322 | $299 | $311 | 5.04% | $377 | $346 | $338 | $335 | 4.14% |
| Pinnacle Health [5] | $365 | $361 | $360 | $340 | 2.52% | $392 | $382 | $365 | $340 | 5.05% |
| Waynesboro | $36 | $34 | $30 | $28 | 8.85% | $35 | $33 | $31 | $29 | 6.85% |
| York Hosp [5] | $349 | $313 | $285 | $266 | 10.46% | $342 | $302 | $272 | $259 | 10.64% |

See footnotes on pages 42 and 43.

INDIVIDUAL HOSPITAL DATA

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 5 Average | 1.94% | 2.67% | 4.03% | 4.33% | 38.32% | 5.52% |
| Carlisle Regional MC [1,2,5,7,10] | 6.96% | 4.25% | 6.40% | 3.99% | 40.27% | 5.08% |
| Chambersburg [5] | 4.70% | 6.77% | 8.17% | 5.41% | 41.51% | 3.24% |
| Community Lancaster [1,3,5,10] | 12.62% | 9.59% | 10.38% | 4.49% | 36.04% | 8.55% |
| Ephrata Community [5] | 6.77% | 6.99% | 5.92% | 2.76% | 31.05% | 2.63% |
| Fulton County [5] | 3.51% | 3.91% | 1.43% | 5.46% | 40.36% | 16.15% |
| Gettysburg [5] | -1.35% | -2.59% | 3.92% | 5.05% | 39.22% | 3.72% |
| Good Samaritan/Lebanon [5] | 4.75% | 4.30% | 4.67% | 5.20% | 58.49% | 3.66% |
| Hanover Hosp [14] | -2.04% | 0.39% | 3.86% | 4.42% | 35.72% | 1.74% |
| Holy Spirit [5] | 0.42% | 0.98% | 5.77% | 4.17% | 40.26% | 5.30% |
| J C Blair Memorial [5] | -5.70% | -3.86% | -2.50% | 3.18% | 39.72% | 11.53% |
| Lancaster Gen/Susquehanna [5] | -9.53% | -9.50% | -11.21% | 7.55% | 34.10% | 5.39% |
| Lancaster General [5] | 6.04% | 6.20% | 4.40% | 4.82% | 35.79% | 4.63% |
| Lancaster Regional [1,3,5,10] | 15.45% | 8.50% | 14.58% | 4.44% | 42.48% | 2.42% |
| Memorial York [5] | -1.36% | -0.80% | 1.02% | 5.37% | 43.87% | 6.86% |
| Milton S Hershey [5] | 0.66% | 0.95% | -1.11% | 2.69% | 31.31% | 7.61% |
| Pinnacle Health [5] | -3.99% | -3.73% | 0.68% | 4.71% | 41.44% | 6.14% |
| Waynesboro | 3.02% | 2.81% | 4.50% | 4.84% | 42.54% | 2.12% |
| York Hosp [5] | 5.07% | 4.85% | 8.46% | 4.50% | 37.18% | 6.22% |

See footnotes on pages 42 and 43.   * Check Web site for dollar figures.

## INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | FY99-FY02 | FY02 | FY01 | FY00 | FY99 | FY99-FY02 |
| Region 6 Average | $62 | $58 | $55 | $53 | 5.39% | $65 | $62 | $60 | $58 | 4.00% |
| Barnes Kasson County [1,5] | $15 | $13 | $12 | $12 | 6.84% | $16 | $14 | $13 | $13 | 7.24% |
| Community/Scranton [5] | $126 | $121 | $119 | $107 | 5.71% | $134 | $129 | $121 | $110 | 7.01% |
| Geisinger Wyoming Valley [5] | $74 | $58 | $54 | $51 | 15.36% | $77 | $62 | $56 | $55 | 13.72% |
| Hazleton General [1,5] | $38 | $38 | $37 | $18 | NA | $40 | $41 | $40 | $20 | NA |
| Hazleton St Joseph [1,5] | $39 | $36 | $36 | $35 | 3.81% | $39 | $38 | $38 | $38 | 1.33% |
| Marian Community [5] | $30 | $29 | $28 | $27 | 4.44% | $32 | $30 | $30 | $28 | 4.66% |
| Memorial/Towanda [5] | $28 | $24 | $21 | $20 | 12.28% | $27 | $24 | $21 | $20 | 10.54% |
| Mercy/Scranton [1,5,6] | $110 | $103 | $102 | $106 | 1.24% | $117 | $108 | $103 | $112 | 1.29% |
| Mercy/Wilkes-Barre [1,5,6] | $75 | $71 | $70 | $65 | 4.81% | $77 | $76 | $72 | $67 | 4.87% |
| Mid-Valley | $9 | $9 | $10 | $10 | -1.69% | $11 | $10 | $10 | $11 | -0.49% |
| Montrose General [1] | $8 | $7 | $7 | $7 | 4.54% | $8 | $8 | $8 | $7 | 4.52% |
| Moses Taylor [5] | $90 | $83 | $70 | $64 | 13.20% | $96 | $87 | $77 | $69 | 13.37% |
| Pocono MC [5] | $102 | $86 | $82 | $78 | 10.14% | $101 | $93 | $84 | $79 | 9.31% |
| Robert Packer [5] | $137 | $123 | $113 | $106 | 9.83% | $145 | $134 | $127 | $116 | 8.29% |
| Troy Community | $7 | $7 | $8 | $8 | -5.44% | $8 | $8 | $10 | $10 | -6.78% |
| Tyler Memorial | $21 | $19 | $17 | $16 | 10.22% | $21 | $19 | $16 | $17 | 8.49% |
| Wayne Memorial | $41 | $40 | $38 | $34 | 6.69% | $46 | $43 | $40 | $38 | 7.14% |
| WVHCS [5] | $165 | $167 | $168 | $176 | -2.10% | $183 | $188 | $206 | $222 | -5.83% |

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | FY99-FY02 | FY02 | FY01 | FY00 | FY99 | FY99-FY02 |
| Region 7 Average | $126 | $114 | $105 | $100 | 8.71% | $125 | $116 | $110 | $104 | 6.91% |
| Ashland Regional [1,2,10,14] | $6 | $18 | $18 | $18 | NA | $6 | $20 | $20 | $18 | NA |
| Easton [1,2,5,10] | $31 | $115 | $107 | $114 | NA | $29 | $122 | $121 | $123 | NA |
| Gnaden Huetten Memorial [5] | $42 | $38 | $35 | $33 | 9.02% | $40 | $37 | $34 | $33 | 7.28% |
| Good Samaritan Regional | $52 | $49 | $48 | $48 | 2.73% | $52 | $53 | $50 | $52 | 0.14% |
| Lehigh Valley [5] | $396 | $354 | $317 | $304 | 9.99% | $407 | $372 | $353 | $326 | 8.28% |
| Lehigh Valley/Muhlenberg | $63 | $56 | $45 | $54 | 7.73% | $70 | $61 | $55 | $53 | 10.28% |
| Palmerton | $26 | $23 | $21 | $19 | 11.40% | $27 | $24 | $22 | $20 | 10.84% |
| Pottsville Warne Clinic [5,14] | $56 | $52 | $48 | $46 | 6.91% | $59 | $54 | $49 | $49 | 6.39% |
| Reading [5] | $332 | $304 | $274 | $252 | 10.45% | $318 | $287 | $265 | $246 | 9.68% |
| Sacred Heart/Allentown [6,14] | $97 | $91 | $84 | $74 | 10.23% | $98 | $98 | $93 | $81 | 6.89% |
| St Joseph MC/Reading [5] | $125 | $106 | $101 | $94 | 11.00% | $116 | $102 | $100 | $100 | 5.39% |
| St Luke's Miners [5] | $28 | $27 | $27 | $26 | 3.04% | $28 | $27 | $26 | $24 | 5.07% |
| St Luke's/Bethlehem [5] | $282 | $250 | $235 | $217 | 9.90% | $281 | $250 | $237 | $223 | 8.63% |

See footnotes on pages 42 and 43.

## INDIVIDUAL HOSPITAL DATA

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 6 Average | -1.41% | -1.30% | -0.16% | 4.64% | 46.19% | 6.46% |
| Barnes Kasson County [1,5] | -2.04% | -2.04% | 0.32% | 4.49% | 36.03% | 25.94% |
| Community/Scranton [5] | -2.69% | -2.54% | 0.50% | 4.46% | 38.00% | 9.92% |
| Geisinger Wyoming Valley [5] | -0.58% | -0.91% | 3.54% | 3.00% | 43.30% | 1.30% |
| Hazleton General [1,5] | -2.21% | 0.99% | -1.72% | 3.40% | 60.89% | 6.05% |
| Hazleton St Joseph [1,5] | -0.96% | 1.04% | -0.89% | 6.01% | 42.91% | 5.34% |
| Marian Community [5] | -2.45% | -1.65% | -1.27% | 3.00% | 50.92% | 6.31% |
| Memorial/Towanda [5] | 5.30% | 6.09% | 4.89% | 5.66% | 32.23% | 11.54% |
| Mercy/Scranton [1,5,6] | -3.95% | -4.70% | -1.17% | 5.20% | 47.98% | 5.34% |
| Mercy/Wilkes-Barre [1,5,6] | -1.27% | -7.36% | -4.27% | 4.25% | 47.53% | 8.57% |
| Mid-Valley | -11.41% | -11.14% | -7.02% | 4.06% | 57.04% | 2.63% |
| Montrose General [1] | 2.19% | 2.37% | -1.26% | 3.53% | 51.98% | 4.24% |
| Moses Taylor [5] | -3.24% | -2.77% | -1.36% | 3.48% | 52.91% | 6.86% |
| Pocono MC [5] | 2.33% | 2.46% | -0.10% | 8.09% | 43.28% | 5.80% |
| Robert Packer [5] | 2.02% | 3.22% | 5.87% | 4.86% | 46.00% | 4.17% |
| Troy Community | -1.64% | -1.36% | -4.56% | 5.24% | 36.43% | 10.66% |
| Tyler Memorial | 3.58% | 3.24% | 4.90% | 4.16% | 36.74% | 5.53% |
| Wayne Memorial | 2.31% | 3.94% | 3.38% | 7.44% | 50.24% | 5.08% |
| WVHCS [5] | -5.35% | -4.95% | -4.82% | 3.16% | 49.69% | 6.43% |

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 7 Average | 4.37% | 4.70% | 3.96% | 4.21% | 44.34% | 6.59% |
| Ashland Regional [1,2,10,14] | -1.23% | -0.45% | -4.04% | 2.42% | NR | NR |
| Easton [1,2,5,10] | 5.72% | 2.73% | -0.95% | 4.45% | 42.13% | 3.24% |
| Gnaden Huetten Memorial [5] | 6.47% | 7.53% | 5.50% | 3.58% | 45.05% | 13.32% |
| Good Samaritan Regional | 3.55% | 4.39% | 3.15% | 3.08% | 52.20% | 2.19% |
| Lehigh Valley [5] | 4.31% | 4.26% | 3.50% | 3.67% | 43.37% | 7.06% |
| Lehigh Valley/Muhlenberg | -0.89% | -1.13% | 0.37% | 2.65% | 39.38% | 2.69% |
| Palmerton | 2.85% | 4.46% | 4.76% | 3.63% | 53.81% | 1.96% |
| Pottsville Warne Clinic [5,14] | 0.77% | 0.77% | 0.89% | 3.43% | 48.38% | 7.69% |
| Reading [5] | 6.91% | 7.32% | 8.52% | 4.60% | 38.96% | 3.93% |
| Sacred Heart/Allentown [5,14] | 3.30% | 3.30% | -1.81% | 4.99% | 49.66% | 6.11% |
| St Joseph MC/Reading [5] | 7.98% | 8.32% | 6.26% | 6.53% | 45.62% | 12.28% |
| St Luke's Miners [5] | 1.95% | 2.03% | 2.18% | 3.04% | 63.39% | 7.66% |
| St Luke's/Bethlehem [5] | 2.23% | 3.17% | 3.65% | 4.20% | 45.81% | 7.89% |

See footnotes on pages 42 and 43.  * Check Web site for dollar figures.

# INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 8 Average | $113 | $104 | $96 | $84 | 8.23% | $120 | $110 | $102 | $89 | 7.97% |
| Abington Memorial [5] | $348 | $312 | $288 | $262 | 10.83% | $391 | $345 | $324 | $300 | 10.15% |
| Brandywine [1,2,5,10] | $44 | $56 | $61 | $63 | NA | $44 | $62 | $71 | $73 | NA |
| Central Montgomery [1,2,5] | $27 | $52 | $43 | $40 | NA | $30 | $55 | $47 | $43 | NA |
| Chester County [5] | $102 | $93 | $87 | $82 | 8.11% | $115 | $101 | $92 | $91 | 8.57% |
| Crozer-Chester [5] | $431 | $394 | $360 | $328 | 10.52% | $433 | $400 | $363 | $330 | 10.33% |
| Delaware County Memorial [5] | $131 | $116 | $104 | $98 | 11.17% | $130 | $118 | $105 | $100 | 10.09% |
| Doylestown [5] | $133 | $107 | $86 | $77 | 24.52% | $146 | $122 | $94 | $85 | 23.92% |
| Elkins Park [1,5,10] | $35 | $36 | $46 | $25 | NA | $44 | $45 | $49 | $28 | NA |
| Grand View [5] | $96 | $86 | $77 | $73 | 10.33% | $98 | $89 | $82 | $75 | 10.31% |
| Holy Redeemer Hosp [5,7] | $135 | $119 | $112 | $103 | 10.51% | $137 | $119 | $112 | $106 | 9.82% |
| Jennersville Regional [1,2,10] | $7 | $26 | $23 | $24 | NA | $7 | $41 | $39 | $30 | NA |
| Main Line Bryn Mawr [5] | $152 | $172 | $154 | $141 | 2.70% | $158 | $175 | $160 | $151 | 1.37% |
| Main Line Lankenau [5] | $199 | $180 | $166 | $166 | 6.73% | $212 | $191 | $169 | $161 | 10.56% |
| Main Line Paoli [5] | $80 | $67 | $62 | $59 | 11.93% | $78 | $67 | $62 | $60 | 10.09% |
| Mercy Community [1,5,11] | $24 | $28 | $25 | $26 | -2.33% | $36 | $33 | $30 | $28 | 9.06% |
| Mercy Fitzgerald [1,5] | $121 | $129 | $121 | $122 | -0.20% | $146 | $136 | $128 | $127 | 4.85% |
| Mercy Suburban [1,5] | $59 | $56 | $53 | NR | NR | $62 | $56 | $55 | NR | NR |
| Montgomery Hosp [5] | $75 | $70 | $71 | $76 | -0.36% | $83 | $77 | $78 | $79 | 1.69% |
| Phoenixville [5] | $82 | $68 | $57 | $48 | 24.10% | $78 | $64 | $57 | $50 | 18.26% |
| Pottstown Memorial [5,6] | $92 | $83 | $72 | $75 | 7.31% | $92 | $83 | $77 | $78 | 5.77% |
| Riddle Memorial [5] | $83 | $75 | $75 | $71 | 5.42% | $90 | $82 | $76 | $72 | 8.61% |
| St Luke's Quakertown [5] | $23 | $21 | $21 | $19 | 6.40% | $24 | $23 | $24 | $22 | 4.45% |
| St Mary [1,2,5] | $71 | $133 | $115 | $106 | NA | $68 | $126 | $120 | $109 | NA |
| Temple Lower Bucks [5] | $80 | $76 | $71 | $66 | 7.04% | $84 | $82 | $78 | $74 | 4.95% |
| Warminster [1,5,10] | $49 | $46 | $45 | $23 | NA | $50 | $46 | $46 | $23 | NA |

See footnotes on pages 42 and 43.

# INDIVIDUAL HOSPITAL DATA

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00-FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 8 Average | -0.18% | -0.19% | 1.51% | 4.94% | 45.36% | 5.60% |
| Abington Memorial [5] | 1.36% | 3.50% | 4.93% | 2.79% | 48.44% | 2.12% |
| Brandywine [1,2,5,10] | 2.66% | 2.40% | -3.80% | 7.59% | 36.60% | 2.52% |
| Central Montgomery [1,2,5] | -10.09% | -2.98% | -3.24% | 5.21% | 40.49% | 2.01% |
| Chester County [5] | -4.35% | -4.35% | -1.66% | 3.85% | 34.58% | 4.45% |
| Crozer-Chester [5] | 2.04% | 2.17% | 1.92% | 9.44% | 38.69% | 13.20% |
| Delaware County Memorial [5] | 2.04% | 2.24% | 1.70% | 7.88% | 47.83% | 7.63% |
| Doylestown [5] | -13.40% | -13.28% | -4.43% | 3.65% | 44.28% | 2.04% |
| Elkins Park [1,5,10] | -20.12% | -12.47% | -8.67% | 4.40% | 52.60% | 3.82% |
| Grand View [5] | 2.01% | -9.20% | 4.85% | 3.17% | 44.89% | 1.95% |
| Holy Redeemer Hosp [5,7] | 2.14% | 1.41% | 4.47% | 1.98% | 51.81% | 2.54% |
| Jennersville Regional [1,2,10] | -0.46% | -2.59% | -14.49% | 4.32% | 28.92% | 7.10% |
| Main Line Bryn Mawr [5] | 0.54% | 0.36% | 3.08% | 2.26% | 46.38% | 2.64% |
| Main Line Lankenau [5] | 4.95% | 0.39% | 4.70% | 3.49% | 50.21% | 4.76% |
| Main Line Paoli [5] | 11.09% | 12.39% | 9.21% | 3.52% | 39.38% | 1.93% |
| Mercy Community [1,5,11] | -40.95% | -40.95% | -22.82% | 5.35% | 63.03% | 2.89% |
| Mercy Fitzgerald [1,5] | -12.00% | -12.00% | -3.12% | 7.41% | 48.29% | 12.44% |
| Mercy Suburban [1,5] | -1.22% | -1.22% | 3.02% | 1.71% | 50.00% | 5.34% |
| Montgomery Hosp [5] | -5.38% | -5.38% | -1.86% | 5.47% | 51.80% | 5.25% |
| Phoenixville [5] | 7.98% | 8.14% | 7.62% | 2.41% | 38.74% | 1.50% |
| Pottstown Memorial [5,6] | 1.85% | 2.81% | 0.72% | 6.22% | 48.57% | 4.96% |
| Riddle Memorial [5] | -3.90% | -1.92% | 1.01% | 3.46% | 45.51% | 2.86% |
| St Luke's Quakertown [5] | -2.48% | -2.43% | -5.32% | 5.81% | 43.03% | 4.41% |
| St Mary [1,2,5] | 6.20% | 6.50% | 2.84% | 3.87% | 41.80% | 0.54% |
| Temple Lower Bucks [5] | 2.56% | 3.27% | -0.78% | 5.72% | 47.36% | 10.67% |
| Warminster [1,5,10] | -1.72% | -1.07% | 0.05% | 5.64% | 55.27% | 7.31% |

See footnotes on pages 42 and 43.  * Check Web site for dollar figures.

# INDIVIDUAL HOSPITAL DATA

| Hospital | Net Patient Revenue NPR (million) | | | | 3-yr Avg Change in NPR FY99-FY02 | Total Operating Expenses TOE (million) | | | | 3-yr Avg Change in TOE FY99-FY02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY02 | FY01 | FY00 | FY99 | | FY02 | FY01 | FY00 | FY99 | |
| Region 9 Average | $209 | $183 | $156 | $133 | 8.43% | $218 | $190 | $164 | $147 | 6.26% |
| Albert Einstein [5,6,7] | $322 | $320 | $311 | $254 | 8.96% | $352 | $330 | $309 | $259 | 12.03% |
| Chestnut Hill [5] | $83 | $73 | $70 | $63 | 10.68% | $88 | $75 | $73 | $68 | 10.32% |
| Children's Hosp Phila [7,14] | $501 | $468 | $414 | $338 | 15.98% | $578 | $521 | $462 | $387 | 16.39% |
| Frankford [5,14] | $278 | $252 | $237 | $198 | 13.41% | $284 | $250 | $234 | $188 | 17.10% |
| Graduate [1,5,10] | $142 | $134 | $126 | $72 | NA | $134 | $127 | $121 | $78 | NA |
| Hahnemann University [1,5,10] | $356 | $292 | $265 | $134 | NA | $328 | $285 | $267 | $143 | NA |
| Hospital Fox Chase Cancer [6,14] | $99 | $88 | $79 | $68 | 14.90% | $95 | $85 | $77 | $66 | 14.68% |
| Hospital University PA [5] | $753 | $666 | $609 | $613 | 7.64% | $736 | $670 | $665 | $761 | -1.09% |
| Jeanes [14] | $83 | $75 | $75 | $73 | 4.13% | $88 | $79 | $79 | $75 | 5.83% |
| Medical College PA [1,5,10] | $169 | $150 | $153 | $76 | NA | $186 | $181 | $166 | $89 | NA |
| Mercy Philadelphia [1,5] | $81 | $83 | $75 | $75 | 2.81% | $91 | $85 | $82 | $79 | 4.96% |
| Nazareth [1,2,5] | $41 | $77 | $68 | $67 | NA | $41 | $76 | $74 | $67 | NA |
| Parkview [1,5,10] | $47 | $40 | $49 | $26 | NA | $54 | $49 | $52 | $28 | NA |
| Pennsylvania [5] | $257 | $234 | $204 | $197 | 10.00% | $266 | $237 | $230 | $220 | 6.98% |
| Presbyterian [5] | $200 | $199 | $194 | $156 | 9.21% | $230 | $214 | $189 | $175 | 10.45% |
| Roxborough Memorial [5] | $44 | $44 | $42 | $38 | 4.85% | $53 | $49 | $46 | $43 | 7.30% |
| St Agnes [1,2,5] | $29 | $60 | $57 | $50 | NA | $34 | $65 | $61 | $55 | NA |
| St Christopher's Children [1,10] | $123 | $105 | $112 | $59 | NA | $112 | $101 | $113 | $61 | NA |
| St Joseph's/Philadelphia | $49 | $45 | $43 | $37 | 9.92% | $52 | $48 | $46 | $41 | 9.63% |
| Temple East [5] | $78 | $71 | $71 | $64 | 7.53% | $78 | $72 | $79 | $67 | 5.10% |
| Temple Univ Children's | $30 | $31 | $29 | $20 | 17.44% | $64 | $34 | $31 | $25 | 52.09% |
| Temple University [5] | $456 | $406 | $336 | $280 | 20.96% | $432 | $389 | $340 | $298 | 14.97% |
| Thomas Jefferson Univ [5,6] | $696 | $632 | $578 | $550 | 8.85% | $722 | $655 | $591 | $556 | 9.95% |
| Wills Eye Hosp [14] | $28 | $36 | $55 | $68 | -19.71% | $49 | $57 | $73 | $72 | -10.57% |

See footnotes on pages 42 and 43.

## FOOTNOTES

1. The end of the fiscal year is other than June 30. The data reflects the fiscal year that ended prior to June 30.

2. Less than 12 months of data, therefore a three-year comparison is not appropriate for some of the measures.

3. Prior year(s) reflects less than twelve months of data, therefore a three-year comparison is not appropriate for some of the measures.

4. This facility began operating during this reporting year. Typically, total operating expenses are high compared to operating revenue during the startup period.

5. The hospital has specialty units such as psychiatric, reha-bilitation, long-term care, skilled nursing, home health, etc., which are included in the data presented for the facility.

6. Extraordinary item(s) reported on audited financial statement was included in the calculation of total margin.

7. Balance sheet ratios are for the parent organization.

8. Acquired or merged with another licensed hospital during the FY02 reporting period.

9. Acquired or merged with another licensed hospital during the FY00 or FY01 reporting periods.

## INDIVIDUAL HOSPITAL DATA

| Hospital | Operating Margin FY02 * | Total Margin FY02 * | 3-yr Average Total Margin FY00–FY02 | Uncompensated Care to NPR FY02 | Medicare Share of NPR FY02 | Medical Assistance Share of NPR FY02 |
|---|---|---|---|---|---|---|
| Region 9 Average | 2.26% | 2.67% | 3.44% | 6.66% | 36.08% | 17.62% |
| Albert Einstein [5,6,7] | -2.62% | 0.18% | 4.97% | 4.65% | 48.21% | 26.92% |
| Chestnut Hill [5] | -3.34% | -2.98% | 0.16% | 2.45% | 44.57% | 5.59% |
| Children's Hosp Phila [7,14] | 3.58% | 3.99% | 5.50% | 6.71% | 0.17% | 25.24% |
| Frankford [5,10] | 2.03% | 2.03% | 4.36% | 10.96% | 44.89% | 9.75% |
| Graduate [5,14] | 7.97% | 4.94% | 4.87% | 2.62% | 50.60% | 15.40% |
| Hahnemann University [1,5,10] | 11.23% | 6.96% | 4.78% | 6.94% | 55.41% | 10.30% |
| Hospital Fox Chase Cancer [6,14] | 4.01% | 4.63% | 4.89% | 2.37% | 37.38% | 0.73% |
| Hospital University PA [5] | 8.22% | 8.33% | 5.26% | 10.20% | 30.75% | 12.23% |
| Jeanes [14] | -2.05% | 1.64% | 3.05% | 2.51% | 52.46% | 4.69% |
| Medical College PA [1,5,10] | -3.69% | -2.29% | -2.86% | 10.05% | 47.41% | 24.52% |
| Mercy Philadelphia [1,5] | -5.01% | -5.01% | 0.64% | 7.00% | 49.85% | 26.86% |
| Nazareth [1,2,5] | 1.70% | 1.97% | -2.01% | 6.28% | 69.37% | 4.83% |
| Parkview [1,5,10] | -11.87% | -7.36% | -6.03% | 13.17% | 54.16% | 25.22% |
| Pennsylvania [5] | 3.84% | 10.14% | 3.68% | 5.26% | 34.50% | 10.81% |
| Presbyterian [5] | -7.94% | -7.96% | -0.13% | 9.96% | 39.97% | 6.38% |
| Roxborough Memorial [5] | -15.63% | -12.66% | -6.64% | 5.62% | 66.16% | 5.77% |
| St Agnes [1,2,5] | -11.26% | -11.16% | -3.96% | 5.13% | 66.10% | 12.66% |
| St Christopher's Children [1,10] | 12.05% | 7.47% | 5.03% | 4.93% | 0.06% | 49.98% |
| St Joseph's/Philadelphia | -6.66% | -6.66% | -2.22% | 15.15% | 41.09% | 50.55% |
| Temple East [5] | 3.01% | 3.25% | 1.77% | 3.86% | 46.90% | 34.62% |
| Temple Univ Children's | -90.75% | -90.75% | -32.46% | 5.11% | 1.94% | 52.83% |
| Temple University [5] | 7.82% | 10.18% | 10.40% | 4.72% | 33.16% | 31.50% |
| Thomas Jefferson Univ [5,6] | 2.37% | 1.56% | 2.97% | 3.83% | 39.55% | 9.98% |
| Wills Eye Hosp [14] | -63.29% | -62.83% | -17.07% | 15.31% | NR | NR |

See footnotes on pages 42 and 43.  * Check Web site for dollar figures.

10. For-profit facility; net margin includes *pro rata* share of taxes, other gains and/or expenses experienced by the parent organization.

11. Facility is referred to by a different name or it closed after 2002 reporting period.

12. Facility failed to submit both an audited financial statement and PHC4's financial form.

13. Not in compliance with one of PHC4's financial filing requirements.

14. Incomplete data submission.

NR – Information necessary to report or calculate this measure was not reported by the hospital.

NA – Not applicable.