IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,         :    NO. 2:02-cv-02746-JRP
        Plaintiff,               :
                                 :
    VS.                          :
                                 :
INDEPENDENCE BLUE CROSS, et al., :
        Defendants.              :
```

O R D E R

AND NOW, this *16th* day of *December*, 2003, it is hereby ORDERED that, within fourteen (14) days from the date of this Order, defendants Independence Blue Cross, et al. (collectively "IBC") shall produce to plaintiff Chester County Hospital documents from 1995 forward, culled from the four designated employer files, relating to strategic plans, marketing plans, competitive analyses, the Highmark merger, the sale of Highmark's interest in Keystone Health Plan East and IBC's joint operating agreement with Highmark. To the extent IBC must obtain documents from an offsite storage facility, Chester County Hospital shall bear their cost of production.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE.