IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL, | : | NO. 2:02-cv-02746-JRP |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, et al., | : | |
| Defendants. | : | |

### O R D E R

AND NOW, this *17th* day of *December*, 2003, it is hereby ORDERED that defendants Independence Blue Cross, et al. (collectively "IBC") shall submit, to Chambers, any letter brief reply to the arguments raised in Aetna's Response to IBC's Motion to Compel by Monday, December 22, 2003, at 10:00 a.m.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

12/17/03 Copy via fax to:
See attached list