IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL,<br>    Plaintiff, | : <br> : <br> : | NO. 2:02-cv-02746-JRP |
| VS. | : <br> : | |
| INDEPENDENCE BLUE CROSS, et al.,<br>    Defendants. | : <br> : | |

O R D E R

    AND NOW, this 22nd day of *December*, 2003, upon consideration of the Motion of Independence Blue Cross, et al. ("IBC") to Compel Aetna, Inc. ("Aetna") to produce documents, the Response by Aetna thereto and the Reply of IBC, and upon conducting oral argument on the issue, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows:

    1.    Within twenty (20) days of the date of this Order, Aetna shall produce to IBC the following documents:

        a.    Contracts with hospitals in the five-county Southeastern Pennsylvania region reflecting Aetna's reimbursement rates to those hospitals;

        b.    Summary level documents sufficient to demonstrate Aetna's hospital reimbursement rates in the Central Pennsylvania region (Adams, Berks, Centre, Columbia, Cumberland, Dauphin, Franklin, Fulton, Juniata, Lancaster, Lebanon, Lehigh, Mifflin, Contour, Northampton, Northumberland, Perry, Schuylkill, Snyder, Union and York counties) broken down by hospital type (community, teaching, or regional) and hospital size (by licensed bed counts), without prejudice to IBC's right to later seek the complete hospital contracts in this region, for good cause shown;

      c.    Documents reflecting Aetna's strategic planning for the healthcare insurance markets in the Southeastern Pennsylvania counties;

2. Aetna shall not have to produce any strategic planning documents for the Central Pennsylvania counties;

3. All documents produced pursuant to this Order shall be deemed "Highly Confidential" pursuant to the Protective Order as entered and modified by the Court.

It is so ORDERED.

                      BY THE COURT:

                        CHARLES B. SMITH
                UNITED STATES MAGISTRATE JUDGE

12/22/03 Copy via fax to:
See attached list