IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| V. | : | |
| INDEPENDENCE BLUE CROSS, ET AL | : | NO. 02-2746 |

**ORDER**

AND NOW, this 14th day of January, 2004, IT IS HEREBY ORDERED that responses to Aetna, Inc.'s Appeal of the Magistrate Judge Decision (Doc. Nos. 186, 187), are due on or before January 21, 2004.

BY THE COURT

_____

John R. Padova                J.