IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,        :     NO. 2:02-cv-02746-JRP
          Plaintiff,            :
                                :
     VS.                        :
                                :
INDEPENDENCE BLUE CROSS, et al.,:
          Defendants.           :
```

O R D E R

AND NOW, this *15th* day of *January*, 2004, upon consideration of the Motion of Independence Blue Cross, et al. ("IBC") for Leave to File Under Seal Their Motion to Compel Aetna, Inc. ("Aetna") to produce documents (Doc. No. 172), it is hereby ORDERED that the motion is GRANTED.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE