IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CHESTER COUNTY HOSPITAL,         :        NO. 2:02-cv-02746-JRP
          Plaintiff,             :
                                 :
     VS.                         :
                                 :
INDEPENDENCE BLUE CROSS, et al., :
          Defendants.            :
```

O R D E R

AND NOW, this *27th* day of *January*, 2004, upon consideration of the current dispute between the parties regarding the deposition of James Thorton, it is hereby ORDERED that Mr. Thorton's deposition shall proceed, as scheduled, on January 29, 2004.

It is so ORDERED.

BY THE COURT:

_____
        CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE