IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
THE CHESTER COUNTY HOSPITAL      :    CIVIL ACTION
                                 :
                                 :
        vs.                      :
                                 :
INDEPENDENCE BLUE CROSS, et al.  :    No. 02-2746
```

O R D E R

**AND NOW, TO WIT:** This 18th day of February, 2004, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
      Isabell C. McIntyre
      Deputy Clerk

02/18/04 IMI

See Service Attachment

02-2746; <u>The Chester County Hospital v. Independence Blue Cross</u>

<u>02/18/04</u>
Service List

<u>E-Mail</u>
FERDOSE AL-TAIE
JAMES C. CRUMLISH
KENNETH W. DONNELLY
ROBERT W. HAYES
MELANIE A. MILLER
FREDERICK P. SANTARELLI

<u>Mail</u>
KEVIN R. ANTHONY
JOHN DEQ. BRIGGS
RICHARD A. FEINSTEIN
MARK H. GALLANT
SETH A. GOLDBERG
H. BRUCE HANSON
CHRISTOPHER T. KOEGEL
JAMES G. KRESS
THOMAS A. LEONARD
KEVIN C. MACLAY
NATALIE CHETLIN MORITZ
BRIAN T. MUST
MARK J. OBERSTAEDT
KENNETH L. RACOWSKI
HOWARD T. ROSENBLATT
NEIL C. SCHUR
DAWN MICHELE SIGYARTO
JOSHUA D.K. SNYDER
CHRISTINE D. STEERE
KEITH  VERRIER

<u>Facsimile</u>
JOHN M. MYERS
MICHAEL J. GLASHEEN
PAUL S. DIAMOND
RICHARD P. LIMBURG
WAYNE A. MACK
WILLIAM J. LEONARD
WILLIAM K. PELOSI

Civ 2 (8/2000)
41(b).frm