```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHESTER COUNTY HOSPITAL         :     CIVIL ACTION
                                :
          v.                    :
                                :
INDEPENDENCE BLUE CROSS,        :     NO. 02-2746
QCC INSURANCE COMPANY,          :
KEYSTONE HEALTH PLAN EAST, and  :
KEYSTONE MERCY HEALTH PLAN      :
```

**O R D E R**

**AND NOW**, this 17th day of February, 2004, upon consideration of "Non-Party Aetna, Inc.'s Objections to the Magistrate Judge's December 22, 2003 Order" (Docket No. 186), **IT IS HEREBY ORDERED** that Aetna, Inc.'s Objections are **DISMISSED** as moot.

BY THE COURT:

_____
John R. Padova, J.