IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESTER COUNTY HOSPITAL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | NO. 02-2746 |
| QCC INSURANCE COMPANY, | : | |
| KEYSTONE HEALTH PLAN EAST, and | : | |
| KEYSTONE MERCY HEALTH PLAN | : | |

**O R D E R**

**AND NOW**, this 17th day of February, 2004, upon consideration of Defendants' "Motion for an Order of Contempt and Sanctions Against Aetna, Inc." (Docket No. 191), **IT IS HEREBY ORDERED** that Defendants' Motion is **DISMISSED** as moot.

BY THE COURT:

_____
John R. Padova, J.